IN AND FOR THE COURT

U.S. DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FILED

*5rzp*

02 SEP 16 PM 2: 20

CLERK U S DISTRICT COURT
MIDDLE DISTRICT OF FLA
TAMPA FLORIDA

CLIFFORD COHOON , PLAINTIFF

    VS.

STATE OF FLORIDA

cs. *8:02-CY-1677-T-26 TBM*

FLORIDA FISH & WILDLIFE
CONSERVATION COMMISSION

FLORIDA ATTORNEY GENERAL

CITY OF SANIBEL

CITY OF PORT RICHEY

CITY OF PLANTATION

CITY OF PARKLAND

CITY OF PARKER

CITY OF PANAMA CITY

CITY OF PALMETTO

CITY OF ORMOND BEACH

CITY OF LANTANA

CITY OF LAKE WORTH

CITY OF JACKSONVILLE BEACH

CITY OF VERO BEACH

CITY OF VENICE

CITY OF VALPARAISO

CITY OF TITUSVILLE

CITY OF TAMPA

CITY OF SURFSIDE

CITY OF STUART

CITY OF SATELITE BEACH

(DEFENDENTS CONT. , NEXT PAGE)

(DEFENDENTS CONT.)

CITY OF ST. PETERSBURG

CITY OF GULFPORT

CITY OF TREASURE ISLAND

CITY OF TARPON SPRINGS

CITY OF SAFETY HARBOR

CITY OF MADERIA BEACH

CITY OF OLDSMAR

CITY OF CLEARWATER

CITY OF INDIAN ROCKS BEACH

CITY OF LARGO

CITY OF COCOA

CITY OF BRADENTON

CITY OF BRADENTON BEACH

CITY OF BAY HARBOR ISLANDS

CITY OF KEY COLONY BEACH

CITY OF ANNA MARIA

CITY OF HIGHLAND BEACH

CITY OF COCOA BEACH

CITY OF GOLDEN BEACH

CITY OF FLAGLER BEACH

CITY OF CORAL SPRINGS

CITY OF FT. MYERS

CITY OF DEERFIELD BEACH

CITY OF DANIA BEACH

CITY OF MIAMI

COUNTY OF PASCO

COUNTY OF HERNANDO

(DEF. CONT.)

COUNTY OF SARASOTA

COUNTY OF PINELLAS

COUNTY OF SANTA ROSA

COUNTY OF CITRUS

COUNTY OF DADE

COUNTY OF MANATEE

COUNTY OF PALM BEACH

<u>DEFENDENTS</u>

(ALL BUT THE FIRST THREE DEFENDENTS AS A TOWN AND OR MUNICIPLE CORPORATIONS IN THE STATE OF FLORIDA)

" PLAINTIFFS PETITION FOR INJUNCTIVE RELIEF "

1.) Plaintiffs fundamental U.S. Constitutional rights are violated in and by the state of Florida and seeks relief via SEC. 1983 and the courts authority to issue injunctions.

a.) Plaintiffs fifth amendments right to conduct an otherwise legal business free from "repugnant overregulating" and the freedom from unreasonable restraint to pursue a legal business, is violated in and by the state of Florida.

b.) Plaintiffs fourteenth amendments right to due process are violated as his Chapter 120 (F.S.120) protected "occupation" is stripped of its due process detect and correct safeguards as the Administrative Procedures Acts prevention provisions are made moot in the state of Florida.

c.) Plaintiffs "occupation" is an "interstate commerce" and the cummalative effects of a.) and b.) violate the commerce clause of the U.S. Constitution.

2.) THE STATE OF FLORIDA ALLOWS A MULTITUDE OF GOVERNMENT AGENCIES (municipalities) TO PROMULGATE INTERVENING AND INCONGROUS REGULATIONS THAT EMASCULATE AND DISARM COMPLETELY THE REMEDIAL MECHANISMS INTENDED BY THE U.S. CONGRESS AND THE FLORIDA LEGISLATURE TO DETECT AND CORRECT AND PREVENT RECKLESS AND UNLAWFUL RULEMAKING , WHICH IN THIS CAUSE , RESULTS AS "REPUGNANT OVERREGULATING".

AT SOME POINT THE JUDICIAL PROCESS MUST CATCH UP TO THE REGULATORY PROCESS , PLAINTIFF MOVES THE COURT FOR THAT POINT.

3.) Plaintiffs "occupation" is such ;

a.) "commercial fisher"  SALTWATER PRODUCTS LICENSE # 73178 .

b.) Licensed by the state of Florida to conduct a legal business throughout the state as a whole and subject only to the states rules and regulations.

c.) PREEMPTED for the power to regulate by the state of Florida via the (F.F.W.C.C.) Florida Fish & Wildlife Conservation Commission , a state agency.

d.) Fully cloaked in Chapter 120 (F.S.120) provisions in that all rules and regulations having an effect upon plaintiffs "occupa - tion" must be submitted to and pass through and only originate from F.F.W.C.C. .

e.) A statewide industry and an interstate commerce,.

f.) "PROHIBITED" to be regulated by municipalities in any manner whatsoever by self executing language of the Fla. Constitution.

4.) Petitioner asserts that injunctive relief should lie and issue forth , in that ;

***a.) Irreparable harm to plaintiffs "occupation" is past, present, and into the ever ongoing future with no end in sight.

* constant daily loss of legal income.

* Multiple prima facie unconstitutional prosecutions, fines, forfeitures and incarcerations.

* Multiple statewide illegal denial of access to legal productive saltwaters and their resources.

* Multiple illegal denial of access or methods of taking resources (gear) that are legal.

***b.) The publics interest is effected in no way.

4.) (cont.)

***c.) Success on merits of cause is prima facie for plaintiff
in that no argument can be had or defense made by the
defendents ---  municipalities cannot regulate plaintiffs
"occupation" in the state of Florida and yet it thrives ,
There is no defense for this cause before the Court only
intervention and relief.

***d.) No adequate remedy exist in law or administrative pro-
cedures or monetary recovery.

A multitude of Declaratory Judgements statewide is not a via-
ble remedy , especially not a Chapter 120 (F.S.120) protected
"occupation" where the intent of the Administrative Procedures
Act was to unclog the courts dockets of multiple Declaratory
Judgements from being filed --- that is one of the hearts of this
cause before the court --- Chapter 120's detect and correct pro-
visions are made moot in the state of Florida.

This cause is also a prima facie "class action" cause upon a
entire state industry , so broad in scope such as to make or
affix a monetary relief , remote at best.

***e.) That multiplicity of suits is self evident.

5.) Plaintiff moves the Court to consider the following
totality of exhausted remedies sought by plaintiff to the state
of Florida, for ongoing three (3) years, to no avail whatsoever.

***a.) Govenor Bush

- 3 Letters

***b.) F.F.W.C.C.  (plaintiffs sole regulator)

- 50 Letters & documents

- 27 Phone Calls

-- 2 Declaratory Statements

5,) (cont.)

***c.) D.OA.H. (Division of Administrative Hearings)

    - 2 Letters

    - 2 Petitions

    - 5 Phone Calls

NOTE :   This supreme protector of plaintiffs occupation from being illegally regulated , had full knowlege and was an eyewitness to the repugnant overregulating that is before this court and claimed "hands tied" , unable to intervene stance. When the assigned slayer of repugnant overregulating can allow it to exist citing technicali- tie , then the remedial mechanisms of laws in place are truly made moot , and such is the case.

***d,) J.A.P.C. (Joint Administrative Procedures Committee)

    - 2 Letters

    - 2 Phone Calls

***e.) Fla. Atty, General (civil rights)

    - 2 complaints (letters)

    -4 Phone Calls

***f.)  Circuit Courts

    - 2 Declaratory Judgments

ALL the above succinctly notified and redundantly notified , for over three (3) years, to no avail whatsoever.

This is far from a complicated matter of law brought to the attention of these learned men in the State of Florida, but rather a baby legal comprehension of law at best. It is embarassing to bring such an easily discerned matter to the Federal Court but if this Court does not intervene then repugnant overregulating is here to stay in the state of Florida.

6.)  Plaintiff asserts the following factual truths:

***a.) Can a municipalitie regulate plaintiffs occupation in
     the state of Florida?  <u>NO</u>

***b.) Do a multitude of municipalities regulate plaintiffs
     occupation in Florida?  <u>YES</u>

7.)  The perfect ladder of Legislative intent :

     -- Fla. Const.  ART. III  SEC, 11  (a) (20)

     -- F.S. 370.027

     -- F.S. 166.021  (3) (c)

     -- Chapter 120 Provisions

     Constitutional self executing language , basic limitation of
     powers and remedial mechanisms of laws in place are collect-
     ively made moot in the state of Florida.

     Simply put , one of the most protected occupations from
     illegal regulating has somehow become the most illegally
     regulated occupations in the history of the state.

8.) Plaintiff now cites and list the following EXHIBITS which
each and all are prima facie illegal municipal regulations that
directly effect and illegally regulate plaintiffs occupation.

EXIBIT  1  CITY OF SANIBEL

EXIBIT  2  CITY OF SANIBEL

EXIBIT  3  CITY OF PORT RICHEY

EXIBIT  4  CITY OF PORT RICHEY

EXIBIT  5  CITY OF PLANTATION

EXIBIT  6  CITY OF PLANTATION

EXIBIT  7  CITY OF PLANTATION

EXIBIT  8  CITY OF PARKLAND

8.) (cont.)

EXIBIT  9  CITY OF PARKER

EXIBIT 10  CITY OF PANAMA CITY

EXIBIT 11  CITY OF PALMETTO

EXIBIT 12  CITY OF PALMETTO

EXIBIT 13  CITY OF ORMOND BEACH

EXIBIT 14  CITY OF LANTANA

EXIBIT !%  CITY OF LAKE WORTH

EXIBIT 16  CITY OF JACKSONVILLE BEACH

EXIBIT 17  CITY OF VERO BEACH

EXIBIT !*  CITY OF VENICE

EXIBIT 19  CITY OF VENICE

EXIBIT 20  CITY OF VALPARAISO

Exibit 21  CITY OF TITUSVILLE

EXIBIT 22  CITY OF TITUSVILLE

EXIBIT 23  CITY OF TAMPA

EXIBIT 24  CITY OF TAMPA

EXIBIT 25  CITY OF SURFSIDE (Town of)

EXIBIT 26  CITY OF STUART

EXIBIT 27  CITYOF SATELITE BEACH

EXIBIT 28  CITY OF ST. PETERSBURG

EXIBIT 29  CITY OF  "          "

EXIBIT 30  CITY OF  "          "

EXIBIT 31  CITY OF  "          "

EXIBIT 32  CITY OF   "         "

EXIBIT 33  CITY OF GULFPORT

EXIBIT 34           "     "

8.)  (cont.)

EXHIBIT 35  CITY OF GULFPORT

EXHIBIT 36  CITY OF TREASURE ISLAND

EXHIBIT 37  CITY OF TARPON SPRINGS

EXHIBIT 38  CITY OF SAFETY HARBOR

EXHIBIT 39  CITY OF MADERIA BEACH

EXHIBIT 40  CITY OF OLDSMAR

EXHIBIT 41  CITY OF CLEARWATER

EXHIBIT 42  CITY OF INDIAN ROCKS BEACH

EXHIBIT 43  CITY OF LARGO

EXHIBIT 44  CITY OF  COCOA

EXHIBIT 45  CITY OF BRADENTON

EXHIBIT 46  CITY OF BRADENTON BEACH

EXHIBIT 47  CITY OF BAY HARBOR ISLANDS

EXHIBIT 48  CITY OF KEY COLONY BEACH

EXHIBIT 49  CITY OF ANNA MARIA

EXHIBIT 50  CITY OFHIGHLAND BEACH

EXHIBIT 51  CITY OF COCOA BEACH

EXHIBIT 52  CITY OF GOLDEN BEACH

EXHIBIT 53  CITY OF FLAGLER BEACH

EXHIBIT 54  CITY OF CORAL SPRINGS

EXHIBIT 55  CITY OF FT. MEYERS

EXHIBIT 56  CITY OF DEERFIELD BEACH

EXHIBIT 57  CITY OF DANIA BEACH

EXHIBIT 58  CITY OF PANAMA CITY

EXHIBIT 59  CITY OF MIAMI

EXIBITXHHXXEITYXØK

*.) (cont.)

EXIBIT 60   COUNTY OF PASCO

EXIBIT 61   COUNTY OF HERNANDO

EXIBIT 62   COUNTY OF SARASOTA

EXIBIT 63   COUNTY OF   "    "

EXIBIT 64   COUNTY OF PINELLAS

EXIBIT 65   COUNTY OF SANTA ROSA

EXIBIT 66   COUNTY OF CITRUS

EXIBIT 67   COUNTY OF DADE

EXIBIT 68   COUMTY OF MANATEE

EXIBIT 69   COUNTY OF PALM BEACH

EXIBIT 70   COUNTY OF   "       "

NOTE : There are approximately two hundred and seventy (270) muni-
cipalities bordering the saltwaters of Florida. This cause before
the court cites only fifty-three (53) of the 270 . We ask the court
to believe , as we do , that there are many more illegal ordinances
(municiple) out there , many more . Plaintiff collected the illegal
ordinances listed in the complaint from online muni.code and from
a variety of commercial fishers from around the state who also know
that they cannot be regulated by municipalities, but like plaintiff,
cannot overcome the large out of controlness of this great wrong.

Plaintiff has brought the court 53 defendent municipalities
who have promulgated 70 illegal regulations ; there are over 200
more municipalities bordering the saltwaters of Florida. The out-
standing average suggest that there , in all probability , there
are at least another couple of hundred illegal regulations out there.

We do not have the resources to detect for exposing or to
investigate the whole state.

9.)  This is no ordinary injunction before this court even this court cannot put an immediate end to this great wrong by the mere issuing of injunction.  This cause is to widespread , to out of control and complex.  Intervention from this courts authority to correct this wrong could take up to a year, and we move the court to make parties to this cause , the state of Florida , the F.F.W. C.C. the Fla. Atty. General and compel them to clean up this mess they have allowed.

(10) Therefore plaintiff prays this court for injunctive relief in any manner the court sees fit because plaintiff is overwhelmed and pro se and running out of ways to sound like a lawyer.

(11) That the court consider the damages done for recovery pur- poses to plaintiff and more for the entire industry , the whole- salers , the retailers , the each and every licensed fisher in the State of Florida   ---  and to here argument and consider how notified the State of Florida was , and did nothing.

Sincerely,

Clifford Cohoon , pro se
P.O. Box 55642
St. Petersburg, Fla.
33732 - 5642

I hereby certify that a true and correct copy of the foregoing has been furnished to the each and every defendent by 1st Class U.S. MAil this 18 Day of Sept, 2002.

C. Cohoon

<u>" EXIBITS "</u>

_____

8:02-CV-1677-T-26TB/A

1.)      These represent  EXIBITS  <u>1 thru  70</u>  that match by
         municipalitie and number the EXIBITS contained in complaint.
              Each and every one a local ordinance that illegally
         regulates commercial fishing , beyond scope of powers.


2.)      That <u>EXIBIT number 2</u>  has been dropped from complaint.


3.)      That copies of all the exibits have been furnished to
defendents , STATE OF FLORIDA . F.F.W.C.C. and Atty. General,Fla. .


         That all other defendent municipalities have been furn-
ished just the EXIBITS or illegal ordinances that they are being
sued for.

**Sec. 74-96. Use of cast nets from city fishing pier or city public boat ramp facilities prohibited.**

(a)    It is unlawful for any person to use cast nets, hand-held or otherwise, for fishing from the city public fishing pier.

(b)    It is unlawful for any person to fish, or to use cast nets, hand-held or otherwise, for fishing within 100 feet of the city public boat ramp facility.

(Code 1981, § 13-10)

EXIBIT 1

beloNGING TO
CITY OF SANIBEL

CS

**Sec. 46-47.  Same—Fishing.**

(a)    *Commercial fishing.* No person in the park shall engage in any commercial fishing, or the buying or selling of fish caught in any waters.

(b)    *Fishing in bathing areas.* No person shall fish in any waters in the park where bathing is permitted.

(Code 1977, § 9.5-32)

EXIBIT 3

City of PoRT Richey

C C

Case 8:02-cv-01677-RAL   Document 1   Filed 09/16/02   Page 15 of 96 PageID 15

**Sec. 46-80.  Recreational activities--Fishing.**

(a)    *Commercial fishing.* No person in the park shall engage in any commercial fishing, or the buying or selling of fish caught in any waters.

(b)    *Fishing in bathing areas.* No person shall fish in any waters in the park where bathing is permitted.

(Code 1977, § 9.5-61)

EXIBIT 4

CITY OF PORT RICHEY

C.C,

## Sec. 15-35.  Placing of traps or nets.

It shall be unlawful for any person or corporation to place traps, baskets or nets in the tidal waterways to catch fish, shrimp, crabs or any other marine life for commercial purposes.

(Code 1964, § 26A-2(m))

EXIBIT 5
City of Plantation
CC,

## Sec. 15-34. Commercial fishing vessels.

It shall be unlawful for any vessel to be used for commercial fishing, shrimping, crabbing or lobstering within the tidal waterways of the city.

(Code 1964, § 26A-2(l))

EXIBIT  6

City of Plantation

CC.

**Sec. 15-117.  Restriction on fishing in residential areas.**

It shall be unlawful for any person to fish from any lake, canal or waterway or their banks which are adjacent and abut residential homesites (including multifamily residential developments) from sundown to sunrise.

(Code 1964, § 17-10.01)

**Cross references:** Offenses, Ch. 17; zoning, Ch. 27.

EXIBIT 7
City of Plantation
CC.

## Sec. 11-3. Fishing and hunting prohibited.

It is prohibited for any person, other than a resident or property owner of this city and their guests, to either fish or hunt with a rifle, shotgun or airgun within the limits of this city.

(Ord. No. 8, § 1, 4-25-66)

EXIBIT 8

City of Parkland

## Sec. 86-35.  Regulation within restricted areas.

Within any restricted area, the council may, by resolution, regulate or prohibit boating, water skiing, swimming, fishing, and other activities and may regulate the speed and manner of operation of motorboats. Any restricted area so designated shall be clearly marked by buoys or some other distinguishing device, and no person shall operate a vessel or carry on any prohibited activity within that area.

(Ord. No. 73-65, § 5, 8-7-73)

**State constitution references:** Game and fresh water fish commission, art. IV, § 9.

**State law references:** State preemption of power to regulate saltwater fishing, exception, F.S. § 370.102; local regulation of commercial and recreational fishing operations, F.S. § 370.1103(4).

Secs. 86-36—86-70.  Reserved.

EXIBIT 9

City of Parker

## Sec. 6-3. Commercial salt water fishing prohibited.

It shall be unlawful for any person to engage in the business of catching fish for resale or commercial purposes in any of the several salt water lakes and bayous within the city.

(Code 1982, § 6-3)

**Cross references:** Licenses, taxation and miscellaneous business regulations, Ch. 15

**State law references:** Regulation of salt water fishing by municipalities, F.S. § 370.102.

EXIBIT 10

Panama City

Page 1 of 1

**Sec. 10-98.  Fishing restricted in Manatee River.**

It shall be unlawful for any person to throw or release into the water of the Manatee River any net or nets, commonly known as a cast net, for the purpose of catching fish, upon or from the municipal pier, or the approach leading to the pier, at the foot of Tenth Avenue.

(Code 1975, § 17-9)

EXIBIT 11

City of Palmetto

## Sec. 25-56.  Designation of "areas of regulated water activities."

The following areas are hereby designated as areas of regulated water activities:

(1)    All waters within three hundred (300) feet (100 yards) offshore from all beaches and shorefront bathing areas, whether or not so designated with appropriate signs;

(2)    All waters within three hundred (300) feet (100 yards) from any marina, dock, pier, mooring, seawalls used as docking facilities, or similar landing facility used primarily for watercraft or water oriented activity such as fishing, whether or not so designated for such purpose by appropriate signs;

(3)    Any area designated as an official "No wake-idle speed only" area which is so posted in such a manner and placed that it may be reasonably expected to be seen and read by a person in operation of a vessel within the area; and

(4)    Any other area that may be so designated by the city council of the City of Palmetto according to the procedures set forth in section 25-58 of this article.

(Ord  No. 565, § 7, 8-19-96)

EXIBIT 12

City of Palmetto



EXIBIT 13 (3 pages)
City of Ormond Beach

## Sec. 15-6. Recreation activities.

(a) *Bathing and swimming.*

(1)    No person, regardless of age or manner of dress, shall swim, bathe or wade in any waters or waterways in or adjacent to any city-owned lands, except the Atlantic Ocean or in such other waters and at such places as are provided therefor, and in compliance with such regulations as to hours of the day and safety limitations for such use as may be established by the city manager or his designee. Areas where swimming is permitted will be designated by official signs and markings.

(2)    No person shall erect, maintain, use or occupy on or in any beach or bathing area any tent, shelter or structure of any kind, unless there shall be an unobstructed view into such structure from at least two (2) sides; nor shall any exterior support or brace be connected from any such structure to any other structure, stake, rock or other object outside thereof.

(3)    In every bathing area, all persons shall be clothed so as to prevent any indecent exposure of the person. All bathing costumes shall conform to commonly accepted standards at all times. No person shall dress or undress on any beach, in any vehicle, restroom or other place in any park, cultural or recreation area, except in such bathhouses or structures as may be provided by the city for that purpose.

(4)    The washing of persons or objects, with or without soaps or other cleansers, is prohibited in bathing and swimming areas and on beaches thereof.

(5)    Domestic animals are prohibited on bathing beaches and in the waters of swimming areas.

(b) *Boating.*

(1)    No person shall bring into or operate any boat, yacht, cruiser, canoe, raft or other watercraft (except toys), regardless of means of propulsion, upon any park watercourse, bay, lagoon, lake, canal, pond or slough, except at places designated by the city for such purposes. Operations shall comply with this chapter.

(2)    No watercraft shall be launched into or removed from any park waters, except at places designated for such purpose by the director.

(3)    Every boat operated in waters of parks shall have minimum safety equipment specified in Section 327.50, Florida Statutes.

(4)    No person shall consume any alcoholic beverages on any boat using public facilities in park waters.

(5)    Personal watercraft:

a.    As used in this section, "personal watercraft" shall mean a vessel less than sixteen (16) feet in length which uses an inboard motor powering a water jet pump, as its primary source of motive power and which is designed to be operated by a person sitting, standing, or kneeling on the vessel, rather than in the conventional manner of sitting or standing inside the vessel.

b.    The use and operation of personal watercraft shall be permitted on the following water bodies within the city:

1.    The Atlantic Ocean, in strict compliance with the Volusia County Unified Beach Code;

2.    The Halifax River, excluding any canal or tributary connecting thereto;

3.    The Tomoka River, excluding any canal or tributary connecting thereto

c.    A person may not operate a personal watercraft unless each person riding on or being towed behind such vessel is wearing a type I, type II, type III or type V personal flotation device approved by the United States Coast Guard.

d.    A person operating a personal watercraft equipped by the manufacturer with a lanyard-type engine cutoff switch must attach such lanyard to his person, clothing or personal flotation device as is appropriate for the specific vessel.

e.    A person may not operate a personal watercraft at any time between the hours from one-half ( 1/2) hour after sunset to one-half ( 1/2) hour before sunrise.

f.    A personal watercraft must at all times be operated in a reasonable and prudent manner. Maneuvers which unreasonably or unnecessarily endanger life, limb or property including, but not limited to, weaving through congested vessel traffic, jumping the wake of another vessel unreasonably or unnecessarily close to such other vessel or when visibility around such other vessel is obstructed, and swerving at the last possible moment to avoid collision shall constitute reckless operation of a vessel, as provided in Section 327.33(1), Florida Statutes.

g.    No person under the age of fourteen (14) shall operate a personal watercraft on the waters of this city.

h.    It is unlawful for the owner of any personal watercraft or any person having charge over or control of a personal watercraft to authorize or knowingly permit the same to be operated by a person under fourteen (14) years of age in violation of this subsection. Any person who violates this subsection shall be guilty of a misdemeanor of the second degree, punishable as provided in Section 775.082 or Section 775.083, Florida Statutes.

i.    This subsection does not apply to a performer engaged in a professional exhibition or a person preparing to participate or participating in a regatta, race, marine parade, tournament or exhibition held in compliance with Section 327.48, Florida Statutes.

j.    Other than those areas specified in subsection (b)(5)b. herein, no person may use or operate any personal watercraft on any body of water whatsoever, or any wetland area adjacent thereto, within the corporate limits of the city.

(c)    *Fishing.*

(1)    Commercial **fishing** or the buying or selling of fish caught in any park waters is prohibited.

(2)    Fishing is allowed in park waters, by any legal method, except where prohibited by the city. Any device which is employed to remove, capture or attempt to capture fish in any waters not declared open to fishing or any device otherwise used in violation of this chapter is declared a nuisance and may be seized and confiscated by city personnel or law enforcement officers.

(3)    The possession and use of poisons, electrical charges, explosives, spear guns and similar methods for the taking or killing of **fish** are prohibited in park waters.

(d)    *Hunting and firearms.* Hunting, trapping or the pursuit of wildlife is prohibited on all park property. No person, other than law enforcement officers in the performance of their duties, shall use, carry or possess in any park firearms of any description, air rifles, spring guns, bows and arrows, gigs, slingshots or any other forms of weapons potentially inimical to wildlife and dangerous to human safety. Further prohibited are all instruments that can fire any kind of cartridge and any trapping devices. Shooting into park areas from beyond park boundaries is prohibited. Any device, such as above enumerated, which is employed to kill, immobilize or capture any wildlife or any device otherwise used in violation of this chapter is declared a nuisance and may be seized and confiscated by city personnel or law enforcement officers.

(e)    *Picnicking.*

(1)    No picnicking shall occur in any park areas except such as are designated for that purpose. City personnel will regulate usage of such areas when required to prevent congestion and to secure the maximum comfort and convenience of all. Visitors shall comply with instructions given to achieve this objective

(2)    Use of the picnic area facilities, including picnic shelters, individual fireplaces, tables and benches, generally follows the rule of "first-come, first-serve." However, this practice shall not preclude the director

Case 3:02-cv-01677-RAL    Document 1    Filed 09/16/02    Page 26 of 96 PageID 26

from assigning or reserving these facilities for the use of particular persons or groups. The director shall have authority to assess a fee for such usage.

(3)    No person shall use any portion of a picnic area or of any structures therein for an unreasonable time if the facilities are crowded. The determination of what is unreasonable will be made by city personnel.

(4)    To maintain cleanliness and to reduce fire hazards, each picnic party shall completely extinguish any fire and place all refuse, waste and trash in disposal containers where provided. If there are no such containers immediately available, then refuse shall be carried away by the user of the picnic facility and disposed of elsewhere.

(f)    *Games.* No person shall participate in any game or activity involving thrown or otherwise propelled objects except in such areas designated by the city for such forms of recreation. Roller skating and skateboarding are prohibited, except in areas specifically assigned for such activity.

(g)    *Horseback riding.* Horseback riding is forbidden in parks, except in specifically designated areas where provision has been made through the establishment of bridle trails and other necessary facilities. Where so provided for and permitted, horses shall be thoroughly broken and properly restrained and ridden with due care. Horses shall not be allowed to graze or go unattended, nor shall they be hitched to any tree, plant or rock.

(h)    *Skin or scuba diving.* Skin or scuba diving is prohibited, except in areas designated by the director for that purpose.

(Ord. No. 90-62, § 1, 11-6-90; Ord. No. 2000-53, § 1, 1-3-01)

## Sec. 5-42.  Certain net fishing prohibited.

It shall be unlawful for any person to take fish from the waters within the town by using any net larger than eight (8) feet in diameter.

(Code 1962, § 16-

EXIBIT 14

City of Lantana

**Sec. 15-33.  Net fishing.**

(a)    It shall be unlawful for any person to take fish from the waters within the city limits by using any net larger than twelve (12) feet in diameter.

(b)    It shall be unlawful for any person to fish by using a net from the abandoned old bridge structure located just north of State Road 802.

(Ord. No. 79-15, § 1, 8-6-79; Ord. No. 91-5, § 1, 4-15-

EXIBIT  15

City of Lake Worth

## Sec. 6-54. Fishing with seine or net.

(a)    It shall be unlawful for any person to use or employ the use of any seine or net in excess of two hundred (200) feet in length for the catching of fish or other forms of marine life out of the waters of the Atlantic Ocean between the city limit line on the north and the city limit line on south as extended easterly into the Atlantic Ocean

(b)    This section shall not be construed to authorize any use of seines or nets which may be prohibited by the laws of the state.

(Code 1955, § 16-28; Ord. No. 7413, § 1, 6-5-

Sec. 6-55.

**Editor's note:** Ord. No. 7438, § 3, adopted Dec. 4, 1989, repealed Ord. No. 7419, adopted July 10, 1989, which enacted provisions concerning jet skis designated as § 6-55.

EXIBIT 16

City of Jacksonville Beach

## Sec. 31.10.  Seines and nets.

It shall be unlawful for any person to use seines or gillnets for catching fish in any canal, creek, navigable channel, anchorage, or turning basin, or within 300 feet of any seawall, boat dock, or developed shoreline, or in the area between 300 feet north of the Merrill Barber Bridge and 300 feet north of the 17th Street Bridge.

(Ord. No. 84-26, § 1, 10-16-84; Ord. No. 90-04, § 1, 1-16-90)

EXIBIT 17

City of Vero Beach

**Sec. 46-111.  Fishing with nets or seines near dock, bulkhead or**

No person shall fish with or cause to be fished with, or use or cause to be used for the purpose of taking fish, any gill net, mackerel net, haul net, drag net, stop net, perse seine or perse net, trawl, beam trawl, stow net, draw net, bag net, drift net, dredge net or other form or kind of net or seine, except a cast net or a common minnow net not more than 50 feet in length and four feet in depth, in the fresh or salt water within the city within 100 feet of any dock, bulkhead or shoreline or within 500 feet of the municipal fishing pier.

(Code 1982, § 13-45)

EXIBIT 18

City of Venice

## Sec. 46-112. Fishing with nets or seines from bridges.

No person shall use any kind of net, seine or similar device from any of the bridges owned by or located within the city for the purpose of catching or taking any kind of fish.

(Code 1982, § 13-46)

EXIBIT 19

City of Venice

CHAPTER 134 WATERWAYS
Art I

## Sec. 134-3. Restricted areas.

For purposes of promoting public safety, the chief of police shall establish restricted areas for boating, skiing and swimming and shall cause to be posted such areas in a manner to allow the maximum use of the waters with the least danger, and no person shall use such posted waters in a manner contrary to the restrictions posted by the city

(Code 1966, § 5-3)

EXIBIT 20
City of Valparaiso

**Sec. 12-7.  Fishing—Municipal pier.**

No person shall fish or attempt to fish, or catch any fish, within one hundred (100) feet of the Titusville Pier, sometimes known as Municipal Fishing Pier, being a portion of the old bridge with any gig, spear. snatch-hook, gill net, seine or any other net.

(Code 1963, § 15-10)

EXIBIT 21

City of Titusville

## Sec. 12-8.  Same--Sand Point and yacht basin.

It shall be unlawful for any person to set any gill net, trammel net or seine within the bulkhead line on Sand Point, that is to say, westerly of such bulkhead. It shall be unlawful for any person to set any gill net, trammel net or seine within two hundred (200) feet of the entrance to the yacht basin on Sand Point in the city. It shall be unlawful for any person or persons to set any gill net, trammel net or seine within the yacht basin located on Sand Point in the city.

(Code 1963, § 15-11)

EXIBIT 22

City of Titusville

**Sec. 16-117.  Use of nets restricted.**

It is unlawful for any person to use, set or place any net within the waters of the city yacht basins or in the entrances of the city yacht basins nor shall any person set or place any net in such a position as to in any manner obstruct the entrances to the city yacht basins. This section shall not apply to the use of ordinary cast nets, which cast nets are controlled by a rope or line attached thereto.

(Ord. No  89-240, § 2(26-112), 9-28-89)

**Cross references:** Fishing with seine, gill or stop nets prohibited, § 14-215.

EXIBIT 23

City of Tampa

## Sec. 14-216. Fishing and crabbing; prohibited in certain areas.

It is unlawful for any person to fish and/or crab on or from the Platt Street Bridge, the Davis Islands Bridge connecting Davis Islands with Bayshore Boulevard, the Marjorie Park Yacht Basin, the municipal boat slips and landings abutting Bayshore Boulevard between the Platt Street Bridge and Davis Islands Bridge, and Bayshore Boulevard between Platt Street Bridge and Gandy Avenue, including the alcoves, boat landings, seawall and railing appurtenant thereto; except that fishing and crabbing will be permitted at that portion of the seawall between the Platt Street Bridge and Davis Islands Bridge which extends into the waters of Hillsborough Bay and other designated areas.

(Ord. No. 89-238, § 2(24-162), 9-28-89; Ord. No. 91-03, § 1, 1-3-91; Ord. No. 91-114, § 5, 7-18-91)

**Note:** See the editor's note at § 14-214.

EXIBIT 24

City of Tampa

## Sec. 86-2.  Prohibitions on fishing.

No person shall fish from any public property at any time; provided, however, surfcasting between the hours of 8:00 p.m. and 8:00 a.m. from a public beach shall be permitted.

(Code 1960, § 13-33.1(c); Ord. No. 1354, § 2, 9-12-95; Ord. No. 1375, § 2, 8-12-97)


Secs 86-3--86-25.  Reserved.

EXIBIT 25

Town of Surfside,

## Sec. 58-28.  City piers and riverwalks.

(a)    *Prohibited conduct; unlawful acts.* No person shall:

    (1)    Dive or jump from piers or riverwalks.

    (2)    Bring or allow pets of any kind on piers unless the pets are maintained on leashes not to exceed six feet

    (3)    Possess, consume or serve any alcoholic or intoxicating beverages on or under piers or riverwalks except for special events for which a city permit has been obtained pursuant to the application procedures set forth in section 58-30.

    (4)    Use railings or benches on piers or riverwalks for cleaning or cutting bait or fish.

    (5)    Fish with more than two lines or poles at one time on piers or riverwalks.

    (6)    Bed down or sleep on or under the piers or riverwalks.

    (7)    Use profane, obscene or threatening language or conduct on or beneath any pier or riverwalk area which unreasonably interferes with the use of the pier or riverwalk by others.

    (8)    Litter the piers, riverwalks or surrounding areas.

    (9)    Post notices except in designated areas.

    (10)    Push, propel or ride bicycles, scooters, skates or skateboards on piers or riverwalks.

    (11)    Use traps, **nets**, **seines** or other trapping or **netting** devices on the piers except where specifically designated by the city manager as allowable.

    (12)    Operate a concession; peddle, solicit, sell any articles or merchandise in any park without written prior approval of the city manager or his designee.

(b)    *Signage.* The city manager is empowered and authorized to regulate the safe use of piers and riverwalks within the context of this article by erecting or placing of signs regulating such use and hours of use. The existence of such signs at any place within the city shall be prima facie evidence of such signs were erected or placed with the authority of the city manager.

(c)    *Violations and penalties.*

    (1)    Violations of subsections (a)(3), (a)(6) and (a)(7) of this section are punishable as provided in section 58-27(d)(1).

    (2)    Violations of subsections (a)(1), (a)(2), (a)(4), (a)(5) and (a)(8) through (a)(12) of this section are punishable as provided in section 58-27(d)(2).

(d)    *Parental liability.* Parents shall be held liable for conduct of their minor children.

(Code 1981, § 11.5-4)

EXIBIT 26

*City of Stuart*

### Sec. 66-1. Fishing **from manmade residential canals restricted.**

It shall be unlawful for any person to catch or take fish from the following manmade saltwater residential canals by means other than hook-and-line or cast net thrown by hand:

(1)   The dredged canal lying between Cinnamon Court and Kenwood Court.

(2)   The dredged canal lying between Kenwood Court and Redwood Court

(3)   The dredged canal lying between Redwood Court and Barcelona Court.

(4)   The dredged canal lying between Barcelona Court and Fountains Boulevard.

(5)   The dredged canal lying between Fountains Boulevard and Seville Court.

(6)   The dredged canal lying between Seville Court and right-of-way designated as future Canal Street.

(7)   The dredged canal lying between future Canal Street and Grant Court.

(8)   The dredged canal lying between Grant Court and right-of-way designated as future Anderson Court.

(9)   The dredged canal lying between future Anderson Court and Jackson Court.

(10)   The dredged canal lying between Jackson Court and South Hedgecock Square.

(11)   The dredged canal lying between North Hedgecock Square and Mark and Randy Drive.

(12)   The dredged mosquito control canal (Grand Canal) from the northern city limits to the southern city limits.

(13)   Those canals lying north and south of that area known as Samsons Park.

(14)   The dredged canal lying between the southern city limits and Cinnamon Court.

(Code 1976, § 14-19)

**State law references:** Saltwater fishing, F.S. ch. 370.

Secs 66-2--66-30.  Reserved.

EXIBIT 27

City of Satelite Beach

CODE City of ST PETERSBURG FLORIDA Codified through Ord. No. 517-G adopted Jan 3 2002.
(Supplement No 21)
   Chapter 7 BOATS, BEACHES AND WATERWAYS*
   ARTICLE I IN GENERAL

## ARTICLE I.  IN GENERAL

EXIBIT 28  (2 PAGES)
City of St. Petersburg

## Sec. 7-1. Definitions.

The following words, terms and phrases, when used in this chapter, shall have the meanings ascribed to them in this section, except where the context clearly indicates a different meaning:

*Bathe* means to swim, stand, wade or be in the water or use the water for any recreational purpose.

*Boat ramp* means a designated area used for launching and retrieving vessels or watercraft.

*City waters* means all waters or waterways located within the limits of the City.

*Commercial vessel* means the same as defined in F.S. § 327.02(3).

*40th Avenue Bridge* means the bridge which crosses over Placido Bayou onto Shore Acres.

*Pier* or *dock* means a structure or platform used for the purpose of securing, loading or unloading a vessel or watercraft

*Shore Acres Bridge* means the bridge which connects Overlook Drive Northeast and Snell Isle Boulevard Northeast at Smacks Bayou.

*Snell Isle Bridge* means the bridge which crosses Coffee Bayou at Snell Isle Boulevard.

*Wharf* or *wharves* means docks, piers, boat ramps and other designated areas used for the purpose of launching, retrieving, loading or unloading watercraft or other activities primarily related to recreational boating.

(Code 1973, § 10-1)

**Cross references:** Definitions and rules of construction generally, § 1-2.

## Sec. 7-2. Penalty.

It shall be unlawful for any person to violate or fail to comply with any of the terms or provisions of this chapter or of any of the rules or regulations established by the City Manager by the use permits as provided in this chapter. Any person convicted of such a violation shall, upon conviction, be punished as provided in Section 1-7.

(Code 1973, § 10-92)

## Sec. 7-3. Use of public wharves.

(a)    The public wharves of the City are for the public generally and no person shall use the public wharves of the City except for the purpose of launching or retrieving boats thereon. No person shall use the public wharves of the City for the purpose of storage of any matter except for such reasonable time as may be absolutely necessary in the launching or retrieving of boats. Commercial vessels may only use the public wharves at the following locations:

(1)    Crisp Park, at 36th Avenue North and Poplar Street, only between February 1, and September 30 of each year between 30 minutes before sunrise and 6:00 p.m. each day.

(2)    Jungle Prada, at west end of 22nd Avenue North.

(3)    Grand View, at Sixth Street and 39th Avenue South.

(4)    Demen's, at east end of First Avenue South.

(5)    Maximo Park, generally south of Frenchmen's Creek and west of 34th Street South

(b)    No other public wharf may be utilized by any commercial vessel. Before using the above-listed public wharves, the operators of commercial vessels must obtain a permit from the Department of Leisure Services This use permit sticker must be affixed to the commercial vessel in the manner and location prescribed by the City and must be visible at all times.affixed to the commercial vessel in the manner and location prescribed by the City and must be visible at all times.

(c)    Commercial vessels, their operators and persons on them must comply with all rules and regulations with respect to the use of the permit sticker issued by the Department of Leisure Services and all City ordinances and State laws. Failure to comply with or violation of any City ordinance or any of the terms or rules and regulations of the use permit shall be a violation of this section and carry a penalty as provided in Section 1-7.

(d)    The use permit sticker may be revoked immediately upon the issuance of a notice to appear in County Court for an ordinance violation and/or upon notice being given that there has been a violation of a rule or regulation governing the permit sticker. Permit sticker revocations may be appealed by the permittee to the Mayor and from the Mayor to City Council.

(Code 1973, § 10-15; Ord. No. 65-G, § 1, 12-17-92; Ord. No. 399-G, § 1, 8-5-99)

## Sec. 7-4.  Diving or jumping from pier.

It shall be unlawful for any person to dive or jump from any pier within the City when there shall be posted on the pier a sign prohibiting the jumping or diving.

Chapter 7 BOATS, BEACHES AND WATERWAYS*
ARTICLE I. IN GENERAL
Sec. 7-6. Prohibited fishing tackle.

EXIBIT 29
City of St. Petersburg

## Sec. 7-6. Prohibited fishing tackle.

It shall be unlawful for any person to use a snatch hook or a spear, gig or similar device, whether for the purpose of taking fish or otherwise, from the Municipal Pier or from any public bridge in the City.

(Code 1973, § 10-6)

**State law references:** Fishing from state road bridges, F.S. § 316.1305.

## Sec. 7-7. Blocking channels.

No person shall, by the deposit of trash, sand, stone or other material whatsoever, or in any other manner, block or obstruct any channel or make unsafe the bottom of any portion of any bay or bayou within the City. This section shall not be construed to prohibit the mooring of boats or barges at such places as may be approved by the City Manager.

(Code 1973, § 10-14)

**State law references:** Interference with navigation, F.S. § 327.44; placement of solid waste in waters, F.S. § 403.708(1)(a).

## Sec. 7-8. Unlawful pumping of bilges or disposal of petroleum products.

No person shall pump the bilge of any watercraft into the waters of the Central, North or South yacht basins, Port of St. Petersburg, Bayboro Harbor, including Salt Creek, or discharge any bunker "C" oil or any petroleum by-products into the Central, North or South yacht basins, Port of St. Petersburg, Bayboro Harbor, including Salt Creek, or any canals, lakes or waterways within the City.

(Code 1973, § 10-16)

**State law references:** Polluting waters, F.S. § 376.041.

## Sec. 7-9. Littering.

(a)    No person shall throw upon any beach, boat ramp, adjacent area or parking lot to any beach or boat ramp any waste or refuse, or debris of any kind, nor shall any person leave upon such location any food, food scrap, paper, container, carton, towel or any other article or object or debris of any kind.

(b)    It shall be unlawful for any person to dump or throw, or cause to be dumped or thrown, garbage, papers, bottles, cans, refuse, petroleum products or other debris into any waterway within the limits of the City.

(Code 1973, §§ 10-26, 10-31)

**State law references:** Littering public waters, F.S. § 403.708(1)(a).

## Sec. 7-10. Transporting gasoline.

No person shall transport any gasoline to or from any watercraft or dock except by a pipeline or in a closed container.

(Code 1973, § 10-17)

Case 8:02-cv-01677-RAL   Document 1   Filed 09/16/02   Page 44 of 96 PageID 44

Chapter 7 BOATS, BEACHES AND WATERWAYS*
ARTICLE V. CITY YACHT BASINS
DIVISION 1. GENERALLY
Sec. 7-121. Restrictions on rowboats and canoes.

EXIBIT 30
City of St. Petersburg

## Sec. 7-121.  Restrictions on rowboats and canoes.

No person shall operate any rowboat or canoe in the Central or South Yacht Basin except for the sole purpose of transportation from boat to boat or to and from dock to boat.

(Code 1973, § 10-54)

## Sec. 7-122.  Signs on docks, slips and grounds.

No person shall place, erect or construct any signs on any of the docks, slips, or grounds in or adjacent to the City yacht basins, unless the signs shall have the written approval of the Port Captain before erection, and, where the signs are approved by the Port Captain, they shall be of a uniform type and character

(Code 1973, § 10-55)

## Sec. 7-123.  Trespass on docks or slips.

No person shall go upon the slips or docks of the City yacht basins except the lessee of a dock or slip, a guest or authorized agent of the lessee or agent, persons in the employ of the City or persons having legitimate business on the slips or docks.

(Code 1973, § 10-56)

## Sec. 7-124.  Trespass on watercraft.

It shall be unlawful for any person to trespass upon any watercraft docked or berthed in the City yacht basins

(Code 1973, § 10-57)

## Sec. 7-125.  Use of spears or harpoons.

No person shall use any spear or harpoon within the confines of the City yacht basins or upon any pier adjacent thereto

(Code 1973, § 10-58)

## Sec. 7-126.  Permit for sale and soliciting sale of bait.

It shall be unlawful for any person to sell or solicit the sale of any bait at wholesale or retail in or on any pier or slip in or adjacent to the City yacht basins or within the confines of the area bounded on the south by Fifth Avenue South, on the north by Fifth Avenue North and on the west by First Street North and South, unless the person shall first obtain from the City Manager a written permit therefor  The permit shall contain and specify the place and location for the sale of bait and it shall be unlawful for any person holding a permit from the City Manager for the sale of bait to sell any bait in any other place than that specified in the


## Sec. 7-127.  Use of nets and crab traps restricted.

No person shall use, set or place any net or crab trap within the waters of the City yacht basins or in the entrances of the City yacht basin, except for hand-thrown mullet cast nets no greater than 12 feet in diameter during those time periods and within those areas specifically designated by the Mayor  The Mayor shall designate areas from which the hand-thrown cast nets may be used and the time periods based upon consideration of public safety, protection of public property, and maintenance of the flow of water craft traffic and docking. Any such area designated as stated above shall be posted by signs in the area designated. It shall be unlawful for any person to use or throw any cast net contrary to such posted regulations

Nor shall any person set, place, or cast any net, or set or place any crab trap in such a position as to, in any manner, obstruct the entrances to the City yacht basins.

(Code 1973, § 10-60; Ord  No. 94-G, § 1, 5-6-93)

## Sec. 7-128.  Anchoring so as to obstruct channels.

No watercraft shall anchor in the entrance of fairways of the City yacht basins  No watercraft or vessel shall anchor or in any way stand idle while in the waters of the Central or South Yacht Basin.

(Code 1973, § 10-33)

## Sec. 7-129.  Anchoring in North Yacht Basin.

(a)    Anchorage of any watercraft in the North Yacht Basin shall not exceed seven 24-hour periods in any calendar month.

(b)    At all times that a watercraft is anchored in the North Yacht Basin the master, owner or operator shall be living aboard the watercraft.

(c)    The master, owner or operator of all incoming watercraft shall comply with Section 7-147

(Ord  No. 2000-F, § 1(10-61), 9-27-90)

EXIBIT 31

City of St. Petersburg

CODE City of ST. PETERSBURG, FLORIDA Codified through Ord. No. 517-G, adopted Jan. 3, 2002.
(Supplement No. 21)
   Chapter 7 BOATS, BEACHES AND WATERWAYS*
    ARTICLE V. CITY YACHT BASINS
     DIVISION 2. DOCKING FACILITIES GENERALLY
      Sec. 7-154. Maintenance of watercraft.

*EXIBIT 32*
*City of St. Petersburg*

Secs  7-155--7-170.  Reserved.

## DIVISION 3.  COMMERCIAL USES AND DOCKING

### Sec. 7-171.  Permit required to operate from or berth at City yacht basins.

No person shall operate or control any commercial boat or any boat used for commercial purposes from or in the City yacht basins and no person shall dock or berth any commercial boat or watercraft or any boat or watercraft used for commercial purposes in the City yacht basins without first having obtained a permit therefor from the Port Captain.

(Code 1973, § 10-80)

### Sec. 7-172.  Application for permit; investigation; issuance.

Upon the entry of any commercial boat or any watercraft intended to be used for commercial purposes into the City yacht basins, the owner, master or operator of the watercraft shall make application to the Port Captain for a commercial permit required by this division within 24 hours after the entry of the watercraft to the yacht basin. Upon the application being made, the Port Captain shall have a period of 90 days from the date of the application to investigate the watercraft and to submit the application for the approval of the City Manager. If the permit is approved by the City Manager and if commercial facilities as provided for by regulations of the City Manager are available, the permit required by this division may be issued

(Code 1973, § 10-81)

### Sec. 7-173.  Assignment of watercraft to noncommercial berth during pendency of application for permit.

(a)    Upon the entry of any commercial boat or any boat to be used for commercial purposes into the City yacht basins and the filing of an application to the Port Captain for a commercial permit required by this division, the watercraft may be assigned a noncommercial berth or slip during the pendency of the application, upon the payment of the required slip rental for noncommercial craft and the commercial watercraft shall be registered as a noncommercial craft during the pendency of the application.

(b)    It shall be unlawful for any person to use a commercial watercraft berthed pursuant to subsection (a) of this section for a commercial purpose during the pendency of the application for a commercial permit

(Code 1973, § 10-82)

### Sec. 7-174.  Watercraft not to be used for commercial purposes without assignment to berth.

No watercraft shall be used for a commercial purpose from the City yacht basins unless the owner, master or operator thereof shall have received the proper assignment of a commercial slip or berth and shall have paid therefor the required rental.

## Sec. 6-28.  Use of nets.

No person shall use, set or place any net within the waters of the Gulfport Municipal Marina, or in the entrance thereto. Nothing contained in this section shall prohibit the use of cast nets thrown from the seawall along the entrance to the Gulfport Municipal Marina in areas designated for the same, so long as the use of said nets does not present a danger to the health, safety or welfare of others, or interfere with the use of the boat channel by any vessel. The city manager, or his or her designee, may order the suspension or termination of any cast netting which presents a potential danger to the health, safety or welfare of any person, or which may interfere with the use of the channel by any vessel.

(Code 1952, Ch. 22; Ord. of 5-1-56, § 22.28; Ord. No. 96-3, § 1, 3-5-

EXIBIT 33

City of Gulfport

## Sec. 14-26.  Fish; taking by gill net, seine, drag net, etc.

It shall be unlawful to take any fish from the waters within the jurisdiction of the city with any gill net, seine, drag net or by stopping the course of any waterway.

(Code 1952, §

**State law references:** Forfeiture of seines and nets for illegal use, § 372.31, Fla

Sec 14-27

**Editor's note:** Ord. No. 85-12, § 1, adopted Sept. 17, 1985, repealed § 14-27 which prohibited the practices of fortune-telling, clairvoyance, palm reading, etc. and provided a penalty. Such section had been derived from the 1952 Code, Ch 16; and Supp. 1953, § 16.49(2).

EXIBIT 34

City of Gulfport

## Sec. 6-8.  Combustion motor exclusion.

(a)    No person shall operate any watercraft of any kind using any type of internal combustion engine within any park or adjacent waterway of the city in any area where the same are designated as prohibited. Any area where internal combustion engines are prohibited shall be referred to as a combustion motor exclusion zone  The operation of electric trolling motors, and the paddling or polling of power boats with the engine off. within such zones, shall not be prohibited. A map depicting all combustion motor exclusion zones within the city shall be maintained in the public records of the city.

(b)    The area west of an imaginary line beginning at the fishing dock at the southeast corner of the Clam Bayou Nature Park, running north around the east side of the park islands to the northernmost dock and running north thereof to the northern boundary of said park, is hereby designated as a combustion motor exclusion zone.

(c)    The area west of the municipal pier to the area of the proposed municipal dock, as more particularly described in exhibit A to ordinance 2002-04.

(Code 1952, Ch. 22; Ord. of 5-1-56, § 22.9; Ord. No. 96-3, § 4, 3-5-96; Ord. No. 2002-04, §§ 1, 2, 4-2-

EXIBIT 35

City of Gulfport

**Secs. 69-92—69-120.  Reserved.**

## ARTICLE III.  COMMERCIAL FISHING

**Sec. 69-121.  Use of nets, gill nets, seines, etc., prohibited; hooks and line devices permitted in certain areas.**

It shall be unlawful for any person to engage in or assist in commercial fishing or the commercial harvest of any seafood, plant or animal life by use of a net or nets, gill net or seine when the use thereof is for the purpose of catching or harvesting for resale a quantity of fish, seafood or plant life in a single catch, harvest or operation unless in compliance with Laws of Fla. ch. 81-465.

(Ord. No. 95-10, § 37-81, 9-19-95)

**Sec. 69-122.  Exceptions.**

The provisions of section 69-121 shall not apply to the use of any such nets or devices when used solely for catching bait fish or the use of hand nets or seines for private sport fishing, provided such nets or seines do not exceed 25 feet in diameter or length; and further provided, nothing herein shall be construed to allow or authorize any use of nets, seines or other devices prohibited by the conservation laws of the state and other sections of this chapter.

(Ord. No. 95-10, § 37-82, 9-19-95)

**Sec. 69-123.  Loading and unloading.**

It shall be unlawful for any person, association of persons, firm or corporation to load or unload commercial fishing vessels at any streets, alleys, road ends, seawalls or easements, or at any other place within the city when such place or location is not a commercial dock facility as permitted in established districts provided for such purpose.

(Ord. No. 95-10, § 37-83, 9-19-95)

EXIBIT 36
City of Treasure Island

Boats, Docks and Waterways

## § 5-23.  DOCK CONSTRUCTION ON WATERWAYS.

In addition to such permits as may be required by county, state and federal agencies, a building permit shall be obtained from the City Building Inspector prior to construction of any dock, wharf, pier, or similar structure abutting the waterfront of the city.  Application shall be made in accordance with established procedures.
('80 Code, § 5-23) (Ord. 827, passed 9-20-77)

## § 5-24.   WATER POLLUTION, CONTROL OF WATERFRONT AND WATERCRAFT ACTIVITIES.

The rules contained in this section shall apply to all watercraft operated or moored within the city and to all properties within the city.

(a)  No garbage, trash, litter, or other debris, shall be thrown overboard from any vessel while moored or underway within the city.

(b)  The operators and owners of vessels carrying passengers for hire will be responsible for the actions of passengers and crew in respect to the rules of this section.  Warning signs advising of the content of this section and the penalties prescribed therefor shall be conspicuously posted in each vessel, and each vessel shall be equipped with such trash and garbage receptacles as necessary to contain accumulations of such materials during cruises.

(c)  It shall be the responsibility of the operator of any vessel not carrying passengers for hire to see that the rules contained in this section are brought to the attention of all persons on board and obeyed.

(d)  The pumping of bilges containing oil, grease or any substance other than clean water into the waters within the city is prohibited.

(e)  Garbage, trash, litter, fish carcasses or parts, lawn clippings or other vegetation, or any other offensive or noxious substances or discharge shall not be thrown, placed or otherwise suffered to enter the waters of the city.
('80 Code, § 5-24)  (Ord. 827, passed 9-20-77)

## § 5-25.  FISHING WITH NET PROHIBITED.

It shall be unlawful for any person to fish or cause to be fished any seine gill net or other kind of fishing net (with the exception of using a cast net to catch mullet) in any of the waters that lie within the city.
('80 Code, § 5-25) (Ord. 827, passed 9-20-77)

EXIBIT 37
City of Tarpon Springs

§ 25.04                        SAFETY HARBOR CITY CODE

(2) When all boat slips are filled, and with the authorization of the city manager, a boat may be tied to the shore of the basin;

(3) Lessees are responsible for the proper security of their boats, using only approved lines and weights and being moored in a manner as directed by the city manager or his agent;

(4) No boat shall be left in the basin when it has become filled with water to the extent that it is partially or totally submerged;

(5) No boat shall be moored in such a manner that it swings in a circle or in any way to cause damage to the basin, pier or any other boat;

(6) No boat shall be moored or attached to the city pier in any manner;

(7) No major repairs shall be made upon any boat within the basin if such repairs shall necessitate the removal of the boat from the basin.

(Code 1970, § 27-4)

**Sec. 25.05. Damage to boats.**

The city shall not be held liable for any damage, fire or theft of any boat, article or articles left in a boat, while moored in the city yacht basin. Use of a slip by any person or entity shall mean by such act that such person accepts all provisions of this chapter and the rules and regulations prescribed with regard to the yacht basin, and agrees to hold the city and its officers and employees harmless for any acts taken pursuant to this chapter.

(Code 1970, § 27-5)

**Sec. 25.06. Prohibited acts.**

In addition to the prohibitions found in section 16.07.1 of this Code, the following shall be prohibited acts within the city yacht basin:

(1) No boat shall be launched other than at the boat ramp;

(2) No boat shall exceed a speed limit of five (5) miles per hour within the basin;

(3) No garbage, trash, fish carcasses, etc., shall be deposited in the water or on the shore adjacent to the water within the basin;

(4) No person or entity shall fish, swim, net or castnet from the dock or seawall, or within the basin;

(5) No one shall park a trailer or car on the shore of the basin except that cars shall be permitted to park on the south side of South Boulevard and cars with trailers shall be permitted to park on the north side of South Boulevard;

(6) Except for lessees, their families and their guests, the general public shall be prohibited from all docks and catwalks;

(7) No boat shall be occupied as living quarters while moored in the yacht basin;

EXIBIT 38

City of Safety Harbor

# ARTICLE I. IN GENERAL

## Sec. 78-1. Glass containers and/or bottles prohibited on public beaches.

Glass containers and/or bottles associated with the consumption of food, alcoholic or nonalcoholic beverages shall be prohibited from the public beaches of the city.
(Code 1983, § 12-135)

## Sec. 78-2. Fishing prohibited.

(a) *Residential areas.* No person shall fish in any fashion from any city owned dock, shore, seawall, bridge or roadway in any residentially zoned area of the city between the hours of 9:00 p.m. and 6:00 a.m.

(b) *John's Pass Village Boardwalk.* Fishing from any portion of the John's Pass Village Boardwalk is prohibited between the hours of 8:00 a.m. to 10:00 p.m. Cast netting and fish cleaning from any portion of the John's Pass Village Boardwalk are prohibited during all hours.
(Code 1983, § 12-137)

## Sec. 78-3. Swimming and spearfishing; prohibited in certain areas.

(a) It shall be unlawful for any person to swim, dive, float or to engage in spearfishing or skin diving in the waters of John's Pass between the intersection of 128th Avenue extended to the water of John's Pass and Boca Ciega Bay, and the western end of 128th Avenue extended to the waters of John's Pass and the Gulf of Mexico.

(b) The city manager is hereby authorized to procure and install such signs and other warnings as shall be necessary to effectuate the prohibition set forth in subsection (a) of this section
(Code 1983, § 5-103)

## Sec. 78-4. Restricted swimming areas established.

Within the designated restricted areas, identified with buoys as prescribed in F.S. § 327.40, no vessels of any kind with the exception of surfboards, paddle boats, and sail boats shall be allowed to operate within the swim area, however, such vessels shall be allowed to traverse the swim area to reach water outside the restricted area

(1) A rectangular area of water in the Gulf of Mexico, parallel to the shoreline, extending southwesterly 300 feet into the Gulf of Mexico measured from the mean high water line and having a northwest boundary as the north side property line of parcel number 09/31/15/54329/000/0001-1004 (15316 Gulf Boulevard) currently known as the Madeira Towers Condominium, as extended into the Gulf of Mexico, and a southeast boundary as the south side property line of parcel number 09/31/15/63729/000/0001-1208 (14950 Gulf Boulevard) currently known as the Ocean Sands One Condominium, as extended into the Gulf of Mexico, is hereby declared to be a Madeira Beach restricted area for exclusive use of swimmers. The rectangle area of water, encompassing approximately 1,860 feet of shoreline, includes water front parallel to the Madeira Towers Condominium, parcel number 09/31/15/52524/003/0090 (15208 Gulf Boulevard) currently known as Holiday Inn, parcel number 09/31/15/00000/13/0500 (15100 Gulf Boulevard) currently known as Archibald Memorial Beach, parcel number 09/31/15/63729/000/0001-1208 (14950 Gulf Boulevard) currently known as Ocean Sands One Condominiums, and parcel number 09/31/15/63730/000/0401-1208 (1500 Gulf Boulevard) currently known as Ocean Sands Two Condominium

(2) The rectangular area of water, approximately 450 feet parallel to parcel number 09/31/15/00000/440/0200 (Tract 44-02 (property)) to the west of Gulf Boulevard between 144th Avenue and 145th Avenue MOL currently known as the county/city access park and extending approximately 300 feet westward into the Gulf of Mexico, is hereby declared to be a Madeira Beach restricted area for the exclusive use of swimmers

(3) A rectangular area of water in the Gulf of Mexico parallel to the shoreline, extend-



PARKS AND RECREATION                                    § 42-116

(f) The boating regulations as adopted by ordinance by the county board of commissioners shall be in effect in the city.
(Code 1980, § 13.5-11)

### Sec. 42-114. Use of docks and launching ramps; pollution of park waters; boats for private use.

(a) The docks and ramps in parks must be kept clear of all equipment or gear.

(b) No refuse, trash, oil or bilge water shall be thrown or pumped overboard within the waters of any park.

(c) Sanitary facilities on boats which discharge overboard must not be used while boats are within the waters of any park.

(d) Overnight living on boats docked or moored within park waters is forbidden in parks lacking dockside sanitary facilities.

(e) Boats operating in park waters must obey the rules and regulations as prescribed in this article.

(f) Any defacement or damage of piers or of dock property must be repaired or corrected at the expense of the person who proximately caused such defacement or damage

(g) Docking and mooring facilities in parks will be limited to noncommercial, privately owned boats. The use of docking and mooring space for an unreasonable amount of time to the exclusion of others will not be permitted.
(Code 1980, § 13.5-32)

### Sec. 42-115. Fishing.

(a) Commercial fishing or the buying or selling of fish caught in any park waters is forbidden.

(b) No person shall at any time fish in or near any area where bathing, swimming or wading is permitted.
(Code 1980, § 13.5-12)

### Sec. 42-116. Hunting and firearms restrictions.

(a) No person shall carry, use or possess firearms of any description, air rifles, pistols, spring guns, bows and arrows, slingshots, boomerangs or any other form of weapon potentially inimical to wildlife or dangerous to human safety on or in any park area or property The foregoing does not apply to weapons duly issued to officers of the law by the law enforcement departments of which they are members.

(b) The hunting, trapping or pursuit of animals by any means or method whatsoever is forbidden on or in any park area or property

EXIBIT 40
City of Oldsmar

## Sec. 22.35.  Fishing.

(1)     Commercial fishing or the buying or selling of fish caught in any park waters is strictly

(2)     The use of trotlines for fishing in park waters is

(3)     Fishing is permitted in park areas but is prohibited from any public bathing beach or within any safe bathing limits or restricted area associated therewith.

(Code 1980, §

**Cross references:** Waterways and vessels generally, ch. 33; saltwater fishing, § 33.091 et

EXIBIT 41

City of Clearwater

### Sec. 11-53. Fishing restricted.

(a) *Shark fishing.* Shark fishing is prohibited on and within one thousand (1,000) feet of the beach. Shark fishing is permitted beyond one thousand (1,000) feet from the beach between sunset and sunrise.

(b) *Surf fishing.* Surf fishing is prohibited upon any beach within the corporate limits of the city in close proximity to swimmers.

(c) *Spear fishing.* Spear fishing is prohibited upon any beach within the corporate limits of the city or within one thousand (1,000) feet of any beach within the city.
(Code 1980, § 4-15)

### Sec. 11-54. Speed of boats near Gulf beach areas.

(a) No person shall operate or navigate any boat or other watercraft adjacent to the Gulf beach within the buoy system; however, the boat operator may proceed in the shortest and most direct route possible to the beach at a speed not in excess of idle speed. No person shall operate or navigate any boat or other watercraft while towing or pulling water skis or any other riding device which allows the water skis or other towing device to encroach upon an area inside the buoy system.

(b) Watercraft, as defined in this chapter, shall include, but not be limited to, any boat, raft or any other contrivance of any description, type and purpose which is capable of being reasonably used as a means of transportation of or occupied by person or property upon navigable waters whether or not powered by any machine or device.
(Code 1980, § 4-16; Ord. No. 591, § 4, 1-3-96)

### Sec. 11-55. Miscellaneous regulations.

(a) It shall be unlawful for any person to ski under any bridge or pier within the city or in any area designated as a congested marine area.

(b) It shall be unlawful for any person to ride upon waterskis or other similar device and manipulate same in disregard for the safety of persons or property in the waterways.
(Code 1980, § 4-17)

### ARTICLE IV. BEACH

### Sec. 11-56. Prohibition of activities.

The following activities are prohibited on the beach:

(1) The building of campfires or bonfires on the beach, except by special event permit.

(2) The possession or consumption of alcohol.

(3) The possession or use of glass or bottles.

(4) Live music, parties or special events without city commission approval.

(5) Movie productions without the city manager's approval.

(6) The taking off and landing of aircraft, helicopters and ultralights, unless they are emergency vehicles, without approval from the city manager.
(Ord. No. 591, § 1, 1-2-96)

### Sec. 11-57. Dogs and cats prohibited.

It shall be unlawful for any person to keep, harbor, have, [or] allow any dog, cat or any other domesticated or wild animals in his possession, custody or control at any time anywhere on the beach within the city. (Seeing-eye dogs or dogs providing accommodation to the disabled are exempt from this section.)
(Ord. No. 591, § 1, 1-2-96)

### Sec. 11-58. Vehicles prohibited; exceptions.

It is unlawful and prohibited for any person, directly or indirectly, to use or operate or to allow another to use or operate upon, on or along the Gulf beach, or upon any beach or shoreline or waters adjacent thereto, within the city limits, any motor vehicle, or other vehicle, or to bring or have or ride thereon unless application in writing showing reasonable necessity therefor shall first have been made to the city manager and written permission is obtained from the city, subject to the following exceptions:

(1) This shall not apply to municipal, law enforcement and emergency vehicles or equipment, or to any vehicle there for an emergency purpose for the public safety or general welfare, nor shall it apply to or

EXIBIT 42
City of Indian Rocks Beach

opening cans or any other potentially dangerous or sharp objects into any beach, bathing, wading or swimming pool areas.

(d)   No person shall frequent any waters or bathing beach for the purpose of swimming or bathing except between such hours of the day as shall be designated by the department for such purposes for each individual area.

(e)   Bathing beaches may be closed to the public and bathing therein may be prohibited at any time when in the opinion of the director such bathing is dangerous or otherwise inadvisable

(f)   No persons or pets shall wash or be washed with or without soap or other cleansers in bathing areas

(g)   No pets shall be allowed in or on the bathing areas or beaches

(Ord. No. 97-10, § 1, 1-7-97)

**Sec. 14-11. Boating.**

(a)   No person shall bring into or operate any boat, yacht-cruiser, canoe, raft or other watercraft (except toys too small for human occupancy) in any park property watercourses, bays, lagoons, lakes, canals, rock pits, rivers, ponds, or sloughs other than those so designated for such use of purpose by the department

(b)   All persons navigating or operating a motor-equipped boat in park property waters shall comply with all established speed and navigation regulations

(c)   No motor-equipped boat shall be operated in park property waters within two hundred (200) feet of bathing areas or areas frequented by bathers or swimmers, nor shall any person engage in waterskiing in park property waters within two hundred (200) feet of areas frequented by bathers and swimmers, nor shall any person or persons engaged in any phase of waterskiing act or perform in any such manner as to annoy, inconvenience of endanger any bather, swimmer, fisherman or occupant of any boat whether underway, anchored, docked or beached. No boat being used for the purpose of towing any skier or skiers in park waters shall be operated with less than two (2) persons aboard at all times.

(d)   No person shall display any sign, placard, notice or commercial announcement of any kind upon a boat or vessel while occupying dockage or mooring space, except that "FOR SALE" signs may be posted with written permission of the department.

(e)   No person shall be permitted to rent, hire or operate for charge any kind of boat or watercraft, whether powered or not, on any park property waters unless approved by the department. Nor shall any boat, operating for hire, or carrying passengers for money, or contemplating the same, be allowed or caused to land or receive such passengers at any dock or wharf or landing place or anchorage in park property, except by special permit Persons operating such boats desiring to maintain a scheduled boat line for such purpose, either annual or seasonal, may make formal written application to the director All persons operating such boat lines or liveries shall be subject to all the rules and regulations governing the operating of boats in park property waters, as contained herein.

(Ord. No. 97-10, § 1, 1-7-97)

**Sec. 14-12. Fishing.**

(a)   Commercial fishing or the buying or selling of fish caught is strictly forbidden

11005

EXIBIT 43 (2 pgs)

City of Largo

(b)   No person shall fish in any park property waters, whether fresh or salt, and whether by the use of hook-and-line, seine, net, trap, spear, gig, or other device, except in such waters thereof as are or may be designated by the department for that use and under such regulations and restrictions as have been or may be prescribed by said department.

(c)   No person shall at any time fish from beaches in any area where bathing is permitted.

(Ord. No. 97-10, § 1, 1-7-97)

## Sec. 14-13. Hunting and firearms.

(a)   No person shall carry, use or possess firearms of any description, air rifles, pistols, spring guns, bowls and arrows, slingshots, boomerangs, blow darts, horseshoes, paint balls, or any other form of weapons potentially inimical to wildlife or dangerous to human safety except at and in accordance with the rules and regulations as a participant in a program sponsored by the department.

(b)   No person shall, without prior written authorization, hunt, trap or pursue wildlife by any means or method whatsoever.

(Ord. No. 83-66, § 14, 1-3-84; Ord. No. 97-10, § 1, 1-7-97)

## Sec. 14-14. Picnic areas and use.

(a)   No person shall picnic, lunch or cook in any area not specifically designated by and regulated by the department supervisors of such usage.

(b)   No person shall build, light or cause to be lighted any fire upon the ground or beach or other object in any area except in an approved grill, stove, fireplace or other suitable container, nor shall any person starting a fire leave the area without extinguishing the fire. To maintain cleanliness and order as well as to reduce fire hazard, each picnic party shall see that its fire is completely extinguished before leaving and that all trash such as boxes, papers, cans, bottles, garbage and other refuse is placed in the disposal receptacles where provided. If there are no such trash receptacles available, then refuse shall be carried away from the area to be properly disposed of elsewhere.

(c)   No person shall use a grill or other device in such a manner as to burn, char, mar or blemish any bench, table or other object of park property. No person shall leave any fires and/or coals unattended at any time

(d)   The department and its assistants will regulate activities in picnic areas when necessary to prevent congestion and to secure the maximum use for the comfort and convenience of all. If the facilities are crowded, persons holding picnics in any picnic area, building or structure shall not use the same to the exclusion of others for an unreasonable time, the determination of what is unreasonable being at the discretion of the department supervisor. Use of the individual fireplaces, together with tables and benches, follows generally the rule of "first come, first served."

(Ord. No. 83-66, § 15, 1-3-84; Ord. No. 97-10, § 1, 1-7-97)

## Sec. 14-15. Games.

No person or persons shall engage in rough or potentially dangerous games or practice for same, such as football, baseball, softball, horseshoes, quoits, tennis, volleyball, badminton or any other games, practice or exercise involving thrown or otherwise propelled objects such as balls, stones, arrows, javelins, shuttlecocks, Frisbee, model aircraft or roller and inline skates except in park property areas specifically designated and set aside for such recreational use.

## Sec. 12-19.  Occupational license classification and rate schedule.

DIVISION A: AGRICULTURE, FORESTRY AND

EXIBIT 44
City of Cocoa

TABLE INSET:

| Industry Group No. | | Rate |
|---|---|---|
| Major Group 1. Agricultural Production--Crops | | |
| 011 | Cash grains.......... | $ 75.00 |
| 013 | Field crops, except cash grains.......... | 75.00 |
| 016 | Vegetables and melons.......... | 75.00 |
| 017 | Fruits and tree nuts.......... | 75.00 |
| 018 | Horticultural specialties.......... | 75.00 |
| 019 | General farms, primarily crop.......... | 75.00 |
| Major Group 2. Agricultural Production--Livestock and Animal | | |
| 021 | Livestock, except dairy and poultry.......... | 75.00 |
| 024 | Dairy farms.......... | 75.00 |
| 025 | Poultry and eggs.......... | 75.00 |
| 027 | Animal specialties.......... | 75.00 |
| 029 | General farms, livestock and animal.......... | 75.00 |
| Major Group 7. Agricultural Services | | |
| 071 | Soil preparation services.......... | 75.00 |
| 072 | Crop services.......... | 75.00 |
| 074 | Veterinary services.......... | 75.00 |
| 0742 | Veterinary services, animal specialties.......... | 100.00 |
| | (license required by the department of business and professional regulation | |
| 075 | Animal services, except veterinary.......... | 75.00 |
| 076 | Farm labor and management services | |
| 078 | Landscape and horticultural services | |
| 0781 | Landscape counseling and planning.......... | 75.00 |
| Architects will be charged an additional twenty-five dollars ($25.00), license required by the department of business and professional regulation. | | |
| Major Group 8. Forestry | | |
| 081 | Timber tracts.......... | 75.00 |
| 083 | Forest nurseries and gathering of forest products.......... | 75.00 |
| 085 | Forestry services.......... | 75.00 |
| Major Group 9. Fishing, Hunting, and Trapping | | |
| 091 | Commercial fishing.......... | 75.00 |
| 092 | Fish hatcheries and preserves.......... | 75.00 |
| 097 | Hunting and trapping, and game propagation.......... | 75.00 |
| DIVISION B: MINING | | |
| Major Group 10. Metal Mining | | |
| 101 | Iron ores.......... | 150.00 |
| 102 | Copper ores.......... | 150.00 |

**Sec. 62-82.  Fishing.**

(a)    It shall be unlawful for any person to fish by any means whatsoever in, upon or from Riverview Boulevard from 26th Street West to the eastern terminus of Riverview Boulevard, or from the pavement, sidewalk, parkway or seawall lying between the southerly boundary of Riverview Boulevard and the Manatee River

**(b)**    It shall be unlawful for any person to fish by any means in the boat basin at Memorial Pier, and persons found guilty of such offense shall be punished as provided in section 1-15.

(c)    It shall be unlawful for any individual to fish by any means whatsoever upon or from Riverside Drive beginning at the western right-of-way of 24th Street East to the easterly end of Riverside Drive and from the pavement, sidewalks, parkway, seawall or riprap lying between the southerly boundaries of Riverside Drive and the Manatee River.

(Code 1971, § 4-3(b); Ord. No. 2553, 4-24-96)

EXIBIT 45
City of Bradenton

**Sec. 46-46.** Fishing.

No person in a park shall:

    (1)    Engage in commercial fishing or the buying or selling of fish caught in any waters

    (2)    Fish off-shore from any type of boat within 300 feet of a public beach pier or authorized fishing groin or pier, nor shall any person at any time fish in any area where bathing is permitted

(Ord No 231, § V(3) 8-8-85)

**Cross references:** Waterways generally, ch 66

EXIBIT 46

City of Bradenton Beach

## Sec. 14-7.  Omnibus provision; maximum penalty authorized.

It shall be unlawful and constitute an offense against the town, punishable as provided in section 1-8 for any person in the town to commit, or aid, abet or assist another in committing any of the following

Accepting a bribe

Affray: Engaging in.

Aiding, with knowledge, a person to escape from lawful custody of an officer or to flee the scene of an offense.

Animals. Maliciously or wantonly or by gross negligence killing a dog or other animal of another person

Animals: See Hogs;

Arrest: Resisting, or hindering or obstructing an arrest or an attempted arrest.

Assault or assault and battery;

Assembly: Disturbing a lawful assembly;

Bonfires and grass fires: Making or causing a bonfire or grass fire without permission from the town clerk or at a time or place not so permitted;

Breach of the peace;

Bribes: See Accepting a bribe;

Cheating: As defined in section 817.29, Florida Statutes 1941

Culpable negligence to the injury of any person or property;

Disorderly conduct.

Drunkenness: Being publicly drunk.

Embezzlement;

Escape: See Aiding, etc.;

EXIBIT 47
(2 PAGES)
City of Bay Harbor Islands

Explosives: Keeping dynamite, nitroglycerine, gunpowder. gasoline or kerosene in excess of fifty (50) gallons, or other explosive or highly inflammable substance without written permit from the council: exploding or blasting with any explosive substance without written permit from the council or at a time or place not so permitted;

Extortion or malpractice by a public officer:

False statement: Knowingly making a false statement in applying for any permit or permission required by any ordinance:

Falsifying public records or making false entries therein:

Fighting;

Fence or hedge: Willfully breaking or damaging another's fence or hedge:

Firefighting equipment, etc : Driving over a fire hose or into a fire hydrant: or obstructing or interfering with a fireman firefighting equipment, vehicles or apparatus: blowing or imitating a fire whistle or siren: turning in a false alarm of fire:

*Fishing:* Trespassing or loitering therefor within the town limits;

*Fraud;*

*Garbage.* Any occupant failing promptly to dispose of all garbage, offal and animal carcasses from the premises occupied by him;

*Hogs:* Keeping hogs or pigs;

*Impersonating* any public officer;

*Indecent exposure* of the person;

*Intoxicating liquors.* Selling alcoholic or intoxicating liquor to a

*Lewd and lascivious conduct;*

*Monuments:* Removing, defacing, or otherwise damaging or destroying a monument or boundary marker without the owner's consent;

*Nuisances:* Maintaining any source or cause of noxious odor or gas or of any loud disturbing noise or other nuisance; or causing the same to exist;

*Obscene prints:* Circulating or offering for sale obscene print or picture.

*Obtaining property,* money or lodging by false pretense or by fraudulent representation

*Perjury* or subordination of perjury;

*Petit larceny;*

*Process:* Resisting or evading service of legal process;

*Profanity:* Publicly indulging in profane, obscene or abusive language;

*Public utilities:* Driving into electrical pole, standard or fixture; tampering with, removing, defacing or otherwise damaging a water main, fire hydrant, electrical or water meter, electrical power, light, telephone or telegraph pole, wire, circuit, insulator, transformer or apparatus--except by lawful authority so to do;

*Quarantine:* Breaking or violating a lawful quarantine.

*Receiving or concealing stolen goods,* with knowledge thereof

*Riot:* Inciting or engaging in a riot, rout, mob or unlawful assembly;

*Shrubbery:* Cutting, tearing, burning, plucking, or otherwise damaging or removing any tree, shrub, flower or other plant on a public parkway, or on town property, without authority of the town

*Shrubbery:* Cutting, tearing, burning, plucking or otherwise damaging or removing any tree, shrub, flower or other plant on private property without permission of the owner or caretaker thereof;

*Streets and sidewalks:* Writing on, printing on or painting on or digging in a public street or sidewalk, or placing any sign or banner thereon or thereover without permission of the council; placing or keeping any bench, chair, pot, box or other article in a public street or on a public sidewalk or parkway, or otherwise obstructing a public street, walk or way; throwing trash or refuse in a public street, sidewalk, park or parkway;

*Town property:* Writing on, printing on, painting on, cutting, burning, tearing or otherwise damaging or defacing town offices, furniture, machinery or other property owned or used by the town

(Ord. No. 5, §§ 1, 2, 2-7-48; Ord. No. 513, § 2, 3-9-

## Sec. 5-10.  Commercial fishing and gill net fishing.

Commercial fishing and gill net fishing are prohibited within the jurisdiction of the city. Enforcement shall be through the City of Key Colony Beach.

(Ord. No. 295-1995, 3-22-95)

Secs. 5-11--5-14.  Reserved.

$\underline{EXIBIT\ 48}$

City of Key Colony Beach

## Sec. 110-122. Prohibited acts.

It shall be unlawful for any person to do or perform any of the following acts in, over or on the Anna Maria City Pier and Dock:

    (1)    Operating any automobile truck motorcycle, scooter bicycle or any other vehicle except wheelchairs

    (2)    Bathing, swimming or diving

    (3)    Gigging, spearing or using snatch hooks to take fish from or under the pier and dock and within 50 yards thereof.

    (4)    Taking dogs or other pets onto the pier.

    (5)    Igniting or using any gasoline. kerosene, volatile fuel, gas, charcoal, wood or other similar type of lantern. lamp, stove, fire or lighting device other than those which are battery operated except that gas cooking and heating equipment may be used in the pier kitchen. dining area and bait shop

    (6)    Placing upon, dumping or throwing from the pier or dock into adjacent waters any bottles, cans. garbage, trash or other debris or noxious substances or things. All persons using the pier and dock shall place such items in containers provided therefor.

    (7)    Cast netting beyond a marker which is 475 feet from Manatee County Survey GIS Primary Point M-099. Primary Point M-099 is located at the base of the pier and marked with a nail and Manatee County survey disc. Notwithstanding the foregoing. the pier manager or the manager's designees may use cast nets to obtain bait beyond said 475-foot marker

    (8)    Consuming or having any alcoholic beverage other than beer or wine in a person's custody or possession at any time. It is unlawful for any person to consume wine on the pier or dock except within the restaurant premises located on the pier or dock.

    (9)    Permitting the presence of children on the city pier and dock under the age of ten years unless under the supervision of an adult.

(Ord No 96-547, § 1(25-102), 2-16-96; Ord. No 2000-582. § 1, 7-13-00)

EXIBIT 49

City Anna Maria

**Sec. 5-8. Anchoring of watercraft in the navigable waters of the town; registration of watercraft.**

(a)    No person may anchor any watercraft in the navigable waters within the corporate limits of the Town of Highland Beach, with the exception of watercraft fastened to shore based docks.

(b)    Violations of this section shall be subject to enforcement by the code enforcement board of the

(Ord. No. 621, §§ 1—3, 2-4-92; Ord. No. 688, § 6, 1-2-

EXIBIT 50
Town of Highland Beach

## Sec. 15-33.1.  Waterways and canals; obstruction declared to be public nuisance.

The obstruction of any canal or waterway located within any of the residential sections of Cocoa Beach, Florida, including, but not limited to, those canals and waterways extending from the Banana River into Venetian Way Subdivision, Cocoa Isles Subdivision, Convair Cove Subdivision, Indian Creek Estates Subdivision, Newland Manor Subdivision, River Isles Subdivision, Royal Palm Island Subdivision, Sunset Island Subdivision, Surfside Estates Subdivision, Snug Harbor Estates Subdivision, or any other canal or waterway now or hereafter existing, by placing or setting or using therein any screen, net, seine, rack, or similar device, either singularly or in rotation or one behind another, or in any manner whatsoever, or the using of any of the foregoing devices which when deployed, installed, stretched, located, towed, dragged, or otherwise used would lie in or on or over or along said canals or waterways in any manner that would create an obstruction or hindrance to the operation or use therein or thereon of boats, watersports equipment and watersports gear, adversely affects the safety and welfare of the general public in the use and enjoyment of said canals and waterways for both recreational and residential purposes; and any activity involved in so obstructing or in so using said devices which creates disturbance of or insecurity among or adversely affects the tranquility of the general public residing on, or occupying, the residential properties or lots adjacent to said canals and waterways, adversely affects the safety, repose, peace, health, and welfare of the general public, and such obstruction, use or activity is, and is hereby declared to be, a public nuisance, and is hereby prohibited. Any person or persons committing any act hereby prohibited shall, upon conviction therefor, be punished according to law.

(Ord. No. 225, § 1, 5-19-66)

Secs. 15-34--15-37.  Reserved.

EXIBIT 51

City of Cocoa Beach

## Sec. 22-61. Water activities.

No Person shall swim, ski, dive, surf, scuba dive, fish or use boats or any other watercraft in any area in any Park or Recreational Facility unless such area is specifically designated for such purpose.

(Code 1989, § 9.06)

EXIBIT 52

City of Golden Beach

### Sec. 6-6.  Use of nets at beach.

It shall be unlawful for any person to be in actual or constructive possession of any drag nets. haul seines, trawls or other devices or equipment, except common hand **cast nets** or hand dip **nets**, while on the municipal beach of the city

(Ord. No  75-7, § 3, 7-10-75)

EXIBIT 53

City of Flagler Beach

## Sec. 16-2.  Regulation of use of parks and park property.

(a)    DEFINITIONS. For the purposes of this section, the following terms, phrases, words and their derivations shall have the meaning given herein:

(1)    The word "department" means the Coral Springs Department of Parks and Recreation

(2)    The word "director" means the director of the parks and recreation department.

(3)    The words "law enforcement officer" means any member of the Coral Springs Police Department authorized to enforce all criminal and traffic laws and ordinances within the City of Coral Springs

(4)    The word "park" means any public park, recreation or playground area, or building or facility thereon, within the City of Coral Springs owned and maintained as a public park, whether or not such areas have been formally dedicated to such purpose.

(5)    The words "park ranger" means any employee of the City of Coral Springs under the supervision of the director and authorized to enforce this section, specifically including but not limited to all applicable littering and vehicle parking laws and ordinances within park boundaries

(6)    The word "permit" means the written permission that must be obtained from the director or his designated agent to carry out a given activity in a park.

(7)    The word "person" means any person, firm, partnership, association, club, corporation, company or organization of any kind

(8)    The word "vehicle" includes any wheeled device of conveyance, whether propelled by motor, animal or human power. The term shall include any trailer in tow of any kind, size or description  Exception is made for baby carriages and vehicles in the service of the City of Coral Springs

(B)    CONTROL OF VEHICLES.

(1)    *Vehicles and traffic laws.* All applicable state and local vehicle and traffic laws and ordinances shall continue in full force and effect in any park.

(2)    *Operation of vehicles within parks*

(a)    No person shall operate a vehicle in a park except upon designated paved or improved park roads or driveways, or in and upon designated areas or trails set aside for use by such vehicles, unless directed by a law enforcement officer or park watchman to do so, or by official signs or markings.

(b)    No person shall operate a vehicle within the park in excess of fifteen (15) miles per hour, except upon these roads or driveways where official signs or markings designate a different speed limit.

(3)    *Parking*

(a)    No person shall park a vehicle on park property other than in areas designated for parking that type of vehicle, unless there is an emergency or unless directed to do otherwise by a law enforcement officer or a park ranger  Parking shall conform to officially posted signs or markings unless other instructions are given by a law enforcement officer or a park ranger

(b)    No vehicle shall be left standing or parked at night within a park without lights clearly visible front and rear for at least two hundred (200) feet, except in designated parking areas.

(c)    No vehicle shall be left parked on park property after park closing hours without obtaining a permit from the director.

(C)    PARK PROPERTY.

(1)    *Buildings and other property.* No person shall in any park do or cause to be done any of the following without first obtaining a permit from the director

(a)    Wilfully mark, deface, or injure in any manner, or displace, remove, or tamper with any park building, bridge, table, bench, fireplace, railing, paving or paving materials, water line or other public utility or parts thereof, park sign or marking whether temporary or permanent, monument, stake, post, or other structure or equipment, facility, or park property of any kind

EXIBIT 54

City of Coral Springs (2 pgs.)

(b)    Wilfully dig, cut, move or remove from any park or park area any sand, wood, turf, grass, gravel, shrub, or other material, or make any excavation by hand, tool, equipment, blasting, or other means

(c)    Construct or erect any building or structure of any kind, whether permanent or temporary, or run or string any public and/or private utility into, upon or across a park

(2)    *Trees, shrubbery, lawns.* No person shall in any park do or cause to be done any of the following without first obtaining a permit from the director:

(a)    Wilfully pick, saw, chop, cut, carve, remove, or injure any flowers, seeds, blooms, bark, branches, twigs, or leaves of any tree, plant, shrub, vine, bush or any other vegetation

(b)    Wilfully drive any nail, staple, or attach or fasten any wire, rope, other device to any tree or plant, or tie or hitch any animal to any tree or plant.

(c)    Wilfully dig in or disturb any grass areas, or in any way injure or impair the natural beauty or usefulness of any park area

(d)    Wilfully climb any tree, or walk, stand or sit upon any monument, vase, fountain, railing, fence, or any other park property designated or normally used for such purpose

(e)    Wilfully bring in or dump, deposit, or leave any bottles, broken glass, ashes, paper, boxes, cans, dirt, rubbish, waste, garbage, or refuse, or other trash; but shall place same in the proper receptacles when these are provided, when receptacles are not so provided, all such rubbish or waste shall be carried away from the park by the person responsible for its presence, and properly disposed of elsewhere

(D)    RECREATIONAL ACTIVITIES.

(1)    *Swimming.*

(a)    No person in a park shall:

1    Swim, bathe, or wade in any waterway in or adjacent to any park, except in such water or waterway as the director may designate, and in accordance with the terms of this section and any other regulations that the director may promulgate

2    Frequent any water or places where swimming, bathing or wading is permitted, except during those hours that the director has established for such activities

3    Change into bathing clothes from street clothes, or from bathing clothes into street clothes, except in a bath house or other structure designated for such use

(b)    The director shall not designate any water or waterway for swimming, bathing or wading where such use of the water would be dangerous to the public health, safety or welfare

(2)    *Fishing.*

(a)    No person shall engage in fishing for profit in park waters, or shall buy or sell fish caught in park waters on park property.

(b)    No person shall fish in any park waters where swimming, bathing, or wading is permitted

Case 8:02-cv-01677-RAL   Document 1   Filed 09/16/02   Page 72 of 96 PageID 72

**Sec. 9-26.  Cast net fishing; designation of prohibited areas.**

(a)     The mayor and police department may from time to time designate those docks, piers or bridges owned by the city from which **cast net fishing** shall be prohibited and shall cause appropriate signs to be posted upon such facilities stating that **cast net fishing** therefrom is prohibited

(b)     When any facility has been posted pursuant to (a) above it shall be unlawful for any person to take upon or use from such facility any **cast net** or similar device for the purpose of taking or attempting to take any marine life

(c)     Proof of possession by any person of any **cast net** or similar device upon any facility which has been posted pursuant to (a) above shall be prima facie evidence of an intent to use such **cast net** or similar device for the purpose of taking marine life.

(Code 1963, § 8-6)

**State law references:** Authority to regulate activities on property owned by the city, F.S. § 370 102

Secs. 9-27--9-45.  Reserved

EXIBIT 55

City of Ft. Meyers

**Sec. 74-2.  Prohibited fishing; restricted area and time.**

It shall be unlawful for any person to **fish** from the beach or in the ocean, except from the city **fishing** pier within 100 yards of the beach, in the area of the city described as: Bounded on the west by S E and N E 21st Avenue, and on the north by the easterly extension of the north line of the city beach pavilion, and bounded on the south by the easterly extension of the right-of-way line of S E. Tenth Street, Deerfield Beach, Florida, from the hours of 8 00 a m to 5 00 p m., E S T, for the period of year from 12:01 a.m. on May 1 until 12:00 midnight on March 15, and from the hours of 9.00 a.m. to 5:00 p m , E S T., for the period of year from 12:01 a.m. on March 15 to 12:00 midnight on May 1

(Code 1979, § 3303)

EXIBIT 56

City of Deerfield Beach

**Sec. 6-12.  Fishing, skin-diving, scuba diving, spearfishing, launching of boats and operating vehicles restricted.**

(a)    For the purposes of this section, a "boat" shall include, but is not limited to, any motor or wind-driven boat or vessel, any jet-ski, inflatable device with an engine of any kind, sailboard, canoe or kayak.

(b)    It shall be unlawful to fish from boats, to fish from the beach, to fish from the surf, to swim, to scuba dive, to skin-dive or to bring or allow any boat to come within an area of fifty (50) yards from the outside perimeter of the municipally-owned fishing pier at Dania Beach. It shall also be unlawful to fish or surf cast from any part of the public beach between the hours of 9:00 a.m. and 6:00 p.m. on any day. Additionally, it shall be unlawful to fish from any boat within three hundred (300) yards of the low water mark along the entire beach abutting the Atlantic Ocean in the city.

(c)    Snorkeling will be permitted up to a limit of fifty (50) yards into the Atlantic Ocean, measured eastward from the high tide line of all public beach areas, except as stated above. Snorkeling beyond fifty (50) yards off the public beach is prohibited, unless a person is entering the water in the designated diving area at the southernmost end of the public beach or express permission is given by the supervising marine rescue officer. Artificial breathing devices, such as scuba-tanks, aqua-lungs or hooka rigs, when used in the waters of the area known as Dania Beach, are confined to the designated diving area at the southernmost end of Dania Beach, unless express permission to use such devices elsewhere along the beach is obtained from the supervising marine rescue officer. The use of spearfishing guns, gigs, slings, bows, polespears or any other type of guns on the beach, in the water, or both is prohibited.

(d)    It shall be unlawful to launch any type of boat (i.e. including but not limited to canoe, kayak, sailboat, sailboard, jet ski, pleasure craft, boats being used by research or public safety and protection agencies or inflatable with engine) within the municipal beach area, except within a designated launch area.

(e)    It shall be unlawful for any person to operate any vehicle on the beach, unless permission from the city manager or designee has been obtained.

(Code 1971, § 5-9, Ord. No. 2000-027, § 7, 8-8-00)

EXIBIT 57

City of Dania Beach

## Sec. 6-3.  Commercial salt water fishing prohibited.

It shall be unlawful for any person to engage in the business of catching fish for resale or commercial purposes in any of the several salt water lakes and bayous within the city.

(Code 1982, § 6-3)

**Cross references:** Licenses, taxation and miscellaneous business regulations, Ch 15

**State law references:** Regulation of salt water fishing by municipalities, F S. § 370.102

EXIBIT 58

Panama City

## Sec. 50-228.  Swimming, diving or fishing in marina waters prohibited.

It shall be unlawful for any person to swim, dive or fish in the waters of Dinner Key yacht basin, Miamarina or Watson Island Marina.

(Code 1967, § 50-7; Code 1980, § 53-

EXIBIT 59

City of Miami

## Sec. 70-49.  Commercial fishing.

Commercial fishing or the buying or selling of fish caught in any park waters is prohibited.

(Code 1970, § 18-36; Ord. No. 77-02, § 26, 10-5-76)

EXIBIT  60

County of Pasco
County

## Sec. 21-1. Fishing in manmade canals/waterways.

(a)    *Prohibited generally.* Pursuant to the authority of section 370.102, Florida Statutes, fishing, as described in paragraph (b) below, within the manmade canals/waterways in Hernando County that have been dedicated to the county as rights-of-way is prohibited in order to protect the safety and welfare of the citizens of the county

(b)    *Setting of nets prohibited; exception.* It shall be unlawful for any person, firm or corporation to set, fish or cause to be fished in the manmade saltwater canals in Hernando County, Florida, any seine, gill net or any other kind of net for the purpose of taking or catching any saltwater fish. Common dip nets or cast nets used only for the catching of bait are permitted.

(c)    *Crab traps.* It shall be unlawful for any person, firm, entity or corporation to set unattended crab traps or any unattended device designed for the purpose of taking or catching any variety of crabs within the man-made saltwater canals in Hernando County, Florida. Crab traps designed for the purpose of taking or catching any variety of crabs within the man-made canals in Hernando County shall be deemed as attended if secured to a seawall, dock or bank and do not pose a threat to navigation.

(d)    *Posting and maintenance of signs.* The Hernando County Port Authority shall post and maintain signs at the entrance to such waterways indicating the above prohibition.

(Ord. No. 90-3, §§ 1, 2, 3-27-90; Ord. No. 90-10, § 3, 7-24-90; Ord. No. 94-05, § 1, 5-17-

EXIBIT 61

County of Hernando

## Sec. 14-82.  [Shrimping.]

(a)    *Lawful to take shrimp in certain areas by certain means.* It is lawful to take shrimp from the inside salt waters of the State which lie and are located between the west line of Range 16 East and the east line of Range 22 East, and between the north line of Township 26 South and the south line of Township 39 South, by the use of push nets and trawls, provided that no trawl shall be used for such purpose which shall exceed six feet in length and three feet in height, and equipped with at least two rollers which shall be of a diameter not less than six inches and which shall act to support the two outside ends of the trawl, or one roller extending continuously for the whole distance, which roller shall be of a diameter not less than six inches.

(b)    *Unlawful during certain dates.* It is unlawful to take shrimp from the salt waters of the State, lying within the area described in subsection (a) of this section, by that means or device commonly known as a trawl, between August 1 and October 31 of any given year.

(c)    *Unlawful to ship in certain areas.* It is unlawful to ship or transport by any means whatsoever any shrimp permitted to be taken by the provisions of this section, between the territorial limits of the area described and defined in subsection (a) of this section.

(d)    *Boat to be fitted with certain size propeller shoe.* Any power-propelled boat used or employed in the taking of shrimp permitted by this section shall be fitted with an effective propeller shoe at least ten inches by 14 inches, adequate to prevent damage to the water bottom by propeller action.

(e)    *Penalty.* Any person who shall violate the provisions of this section, or any of them, shall be deemed guilty of a misdemeanor, and upon conviction shall be punished accordingly.

(Ord. No. 72-057, §§ 1–5, 10-10-1972)

EXIBIT  62

County of Sarasota

## Sec. 130-35. [Commercial Vessels prohibited in waters of Warm Mineral Springs.]

(a)  *Findings.*

(1)   The area in unincorporated Sarasota County known as "Warm Mineral Springs" is a unique water-oriented residential community where interconnected lakes and canals constitute an integral part of the character of the community.

(2)   It has long been recognized in Florida that regulations which promote the integrity of a neighborhood and preserve its residential character are related to the general welfare of the community and are valid exercises of a County's legislative power.

(3)   Commercial activities in and upon the waters within Warm Mineral Springs are detrimental to the residential and recreational character of the Warm Mineral Springs community.

(4)   F.S. § 125.012(11) authorizes the Board of County Commissioners to regulate the operation and conduct of all watercraft of any kind plying or using the waterways within Sarasota County.

(5)   The exclusion of commercial activities from the waters within Warm Mineral Springs treats local and interstate commerce evenhandedly, affects interstate commerce only incidentally, if at all, and is necessary to effectuate a legitimate local public interest, i.e., promoting the integrity of a neighborhood and preservation of the residential character of a community.

(b)   *Definitions.* As used in this section, the following words and terms shall have the meanings as provided herein, unless another meaning is plainly intended:

(1)   *Warm Mineral Springs* means that area within incorporated Sarasota County which includes Warm Mineral Springs Subdivision Units 51 to 90 as recorded in Plat Book 7, Pages 83, 84, 90, 94; Plat Book 8, Pages 12 to 14, 18, 38, 39, 46 to 48, 68 to 71, 98 to 107; Plat Book 9, Pages 7, 7A, 8, 11, 11A, 46, 46A; Plat Book 10, Pages 23, 23A, 49 to 49H, 82 to 82F, 89A, 89B; and Plat Book 17, Page 4; official records of Sarasota County, Florida.

(2)   *Commercial Vessel.*

a.   "Commercial Vessel" means:

1.   Any Vessel primarily engaged in the taking of saltwater fish or saltwater products or freshwater fish or freshwater fish products from within the waters of the State of Florida for sale to the consumer, retail dealer, or wholesale dealer.

2.   Any Vessel engaged in any activity wherein a fee is paid by the user, either directly or indirectly, to the owner, operator, or custodian of the Vessel.

3.   Except as provided herein, any Vessel displaying a Commercial Vessel registration decal issued by the Tax Collector.

b.   "Commercial Vessel" shall not include the following:

1.   Any Vessel owned or operated by or under contract to a governmental entity;

2.   Any Vessel engaged in the conduct of scientific research, including but not limited to measurement, collection of specimens, observation, or activities in support of research. Operators of Vessels engaged in scientific research shall maintain in their possession evidence that such Vessel is owned or operated by, or otherwise under contract to, an organization or firm whose primary function is science, engineering or environmental monitoring.

(3)   *Vessel* means every description of watercraft, barge, and airboat, used or capable of being used as a means of transportation on water.

(c)     *Prohibition.* It shall be unlawful for any Commercial Vessel to navigate in or upon the waters of Warm Mineral Springs.

(d)     *Exemption.* Notwithstanding the provisions of subsection (c) of this section to the contrary, Commercial Vessels required for permitted construction, including dredging and filling, within Warm Mineral Springs shall be entitled to navigate in or upon the waters of Warm Mineral Springs, but only for that period of time that such Vessels are actually required. Operators of Commercial Vessels engaged in construction within Warm Mineral Springs shall maintain in their possession evidence that the Vessel is engaged in a permitted construction activity Failure to provide such information upon the request of any person authorized to enforce this section shall be prima facie evidence that such Vessel is navigating in or upon the waters of Warm Mineral Springs in violation of this section.

(e)     *Posting.* The Warm Mineral Springs Civic Association, Inc., shall be responsible for posting the entrance to the waters of Warm Mineral Springs with signs clearly visible from the water declaring "Commercial Vessels Prohibited."

(f)     *Penalty.* Violation of this section shall be punishable by a fine not to exceed $500.00 or by imprisonment in the County jail not to exceed 60 days or by both such fine and imprisonment. Each day or fraction thereof that a violation continues shall be considered a separate offense.

(g)     *Severability.* If any provision of this section is for any reason finally held invalid or unconstitutional by any court of competent jurisdiction, such provision shall be deemed a separate, distinct, and independent provision and such holding shall not affect the validity of the remaining provisions.

(Ord. No. 86-031, §§ 1–7, 5-6-1986)

## Sec. 90-15. Use of vehicles.

No person, except in emergencies, shall change any parts, repair, wash, grease or perform other maintenance on a vehicle on any park roadway, parkway, driveway, parking lot or other park property. Waxing and polishing is permitted in parks provided it is in an area open to vehicles and does not interfere with other park activities or traffic flow.
(Ord. No. 02-7, § 2, 1-8-02)

## Sec. 90-16. Fishing.

(a) No person shall fish on park property whether by the use of hook-and-line, seine, net trap, spear, gig, or other device, except in areas designated by the county administrator for that use and under such regulations and restrictions as have been or may be prescribed by the county administrator.

(b) Fishing will be in accordance with the state fish and wildlife conservation commission and the state department of environmental protection rules and regulations.

(c) No person shall at any time fish from beaches in any area where bathing and swimming are permitted.

(d) Unwanted fish must be properly disposed of and not left on piers, catwalks or roads.

(e) Various types of fishing shall be permitted where designated from park-owned facilities such as piers, catwalks, waters, etc., according to posted hours.
(Ord. No. 02-7, § 2, 1-8-02)

## Sec. 90-17. Hunting and weapons.

(a) No person shall carry, use or possess weapons of any description, including, but not limited to, air rifles, pistols, spring guns, bows and arrows, paintguns, water cannons, bb guns, slingshots, boomerangs, or any other form of weapon harmful or dangerous to wildlife or dangerous to human safety on or in any park property except at and in accordance with the rules and regulations as a participant in a program approved by the board of county commissioners, unless authorized by law.

(b) No hunting, trapping or pursuit of wildlife by any means whatsoever will be permitted on or in any park property by unauthorized persons.
(Ord. No. 02-7, § 2, 1-8-02)

## Sec. 90-18. Toy firearms, fireworks, and explosives.

(a) No person shall at any time bring into, or have in his possession, or discharge anywhere, in any park, any toy firearm, air rifle, airgun, water gun, toy cannon, slingshot, bow and arrow, or any toy or instrument that discharges projectiles either by air, elastic, explosive substance or any other force.

(b) No person may bring into or have in his possession, or set off or otherwise cause to explode, discharge or burn in any park or on any public lands or highways adjacent thereto, any firecrackers, torpedoes, rockets, or cannon or other fireworks or explosives of flammable material or any substance, compound, mixture, or article that, in conjunction with any other substance or compound may explode, discharge or burn, except with written approval by the county administrator.
(Ord. No. 02-7, § 2, 1-8-02)

## Sec. 90-19. Horseback riding.

(a) No person shall engage in horseback riding in any park property other than those where provision for such is made by lease and/or signage, and clearly marked bridle paths, trails, rings, and other necessary features and then only upon thoroughly broken and properly restrained animals that are ridden with care, prevented from grazing, straying unattended, untethered to any rock, tree or shrub and not ridden or led on any park property other than that so designated.

(b) No person shall tie or hitch a horse or other animal to any tree or plant.
(Ord. No. 02-7, § 2, 1-8-02)

## Sec. 90-20. Pets.

(a) Pets shall be excluded from camping areas, swimming areas, beaches, bridges or any place where food and drinks are sold and consumed and any areas designated by the county administrator.

EXIBIT 64
Pinellas County

## Sec. 23-28.  Prohibiting commercial watercraft and/or boats near public beaches and parks.

(a)    No embarkation or disembarkation of passengers of commercial watercraft or boating operations shall take place on, across by way of or within 600 feet of any public beach or public park designated by the county, except when loading or unloading a boat or watercraft at a boat ramp designated by the county administrator for that purpose, nor shall any commercial watercraft or boat, whether motorized or nonmotorized, be anchored, tied off or otherwise stored within 600 feet of such public beach or public park, unless specifically authorized in a valid franchise or lease agreement with the county.

(b)    Commercial boating or watercraft shall be defined as any boat or watercraft utilized or leased for commercial purposes

(c)    This section shall not apply to any commercial watercraft or boating operation currently operating within the designated area and which possesses all required licenses and insurance, until September 30, 1996. This section shall not apply to any boat or watercraft located in the intercostal waterway

(Ord No 96-12, §§ 1--3, 6-13-96)

EXIBIT 65

Santa Rosa County

## Sec. 106-44. Designation of areas of regulated water activities.

(a)   All waters offshore from all beaches and shorefront bathing areas shall be designated with an appropriate sign. Such areas shall be determined on a case-by-case basis and so posted with an appropriate sign.

(b)   All waters offshore from any commercial and/or public marina, dock, pier mooring or similar landing facility used primarily for watercraft or a water-oriented activity such as fishing, shall be designated with an appropriate sign. Such areas shall be determined on a case-by-case basis and posted with an appropriate sign

(c)   Any area designated as an official "idle speed/no wake zone" or "slow down/minimum wake zone" area shall be posted in such a manner and place that it may be reasonably expected to be seen and read by a person in operation of a vessel within the area.

(d)   Any other area may be designated by the board of county commissioners according to the procedure set forth in section 106-46.

(e)   All areas of regulated water activity so designated pursuant to Ordinance No. 85-04 by resolution shall be deemed to be areas of regulated water activity for purposes of this article.

(f)   All areas designated as "areas of regulated water activities" shall be so posted with signs that are in accordance with the provisions of the Florida Uniform Waterway Marking System. The board does hereby adopt, by reference, the provisions of F.A.C. 16N-23. A copy of such chapter 16N-23, "Uniform Waterway Markers in Florida Waters," is attached to Ord. No. 88-17 and made a part of this section by reference.

(Ord. No. 88-17, §§ 8, 15, 10-18-88)

EXIBIT 66
County of Citrus

Case 8:02-cv-01677-RAL   Document 1   Filed 09/16/02   Page 85 of 96 PageID 85

**Sec. 14A-13.  Gill nets of a certain size prohibited; restriction on purse seines.**

(a)     It shall be unlawful and a violation of this article for any person, firm, corporation or any other entity to use, by placing on or within Dade County waters, any gill net which hangs or will stretch to a dimension or depth greater than seventeen (17) feet when measured from the top of the net or floats to the bottom of the net or lead line

(b)     For purposes of this article a gill net shall be defined as a net or wall of webbing suspended vertically in the water by means of weights on the net or lead line and floats on top of the net or float line and is designed to take or capture fish which become entangled in the webbing of the net

(c)     It shall be unlawful and a violation of this article for any person, firm, corporation or any other entity to use, by placing on or within Dade County waters, any purse seines or nets except when used in taking bait fish or menhaden fish.

(Ord. No. 82-73, § 3, 9-7-82; Ord. No. 82-108, § 1, 11-16-82)

EXIBIT 67

Dade County



EXIBIT 68
Manatee Co. (2 pages)

## Sec. 2-24-34. Recreational activities.

No person in a park

(1) *Bathing and swimming.*

   a.  *Designated areas.* Swim, bathe or wade in any waters or waterways in or adjacent to any park, except in such waters and at such places as are provided therefor, and in compliance with such regulations as are herein set forth or may be hereafter adopted. Nor shall any person frequent any waters or places customarily designated for the purpose of swimming or bathing, or congregate there, when such activity is prohibited by the director upon a finding that such use of the water would be dangerous or otherwise inadvisable.

   b.  *Certain hours.* Frequent any waters or places designated for the purpose of swimming or bathing, or congregate there, except between such hours of the day as shall be designated by director for such purposes for each individual area.

   c.  *Structure on beach.* Erect, maintain, use or occupy on or in any beach or bathing area any tent, shelter or structure of any kind, except by special written permit granted by the director.

   d.  *Clothing.* Knowingly or intentionally appear nude in a public place within a Manatee County park or in any place within a county park which is readily visible to the public, except in places provided for or set apart for nudity. Attire which is insufficient to comply with this subsection (d) includes, but is not limited to, G-Strings, T-Backs, dental floss and thongs. Any live act, demonstration, exhibition, performance or entertainment which is protected by United States or Florida Constitutional provisions guaranteeing freedom of expression is exempt from the requirements of this subsection(d).

   e.  *Bathhouses.* Dress or undress on any beach, or other public place, or in any vehicle, toilet or other place, except in such bathing houses or structures as may be provided for that purpose.

   f.  *Abide by instructions.* Fail to abide by the instructions of the lifeguard or attendant on duty concerning the playing of games and fishing from the beaches or other waterfront areas.

(2) *Boating.*

   a.  *Designated areas.* Bring into or operate any boat, raft or other watercraft, whether motor-powered or not, upon any waters, except at places designated for boating. Such activity shall be in accordance with applicable regulations as are now or may hereafter be established.

   b.  *Public docks.* Use the public docks for dockage or other purpose without first making arrangements for such accommodation with the director, who shall assign space and collect reasonable rental charges in conformity with established regulations and rates.

   c.  *Operation of boats.* Navigate, direct or handle any boat in such a manner as unjustifiably or unnecessarily to annoy or frighten or endanger the occupants of any other boat.

   d.  *Prohibition during closing hours.* Launch, dock or operate any boat of any kind on any waters between the closing hour of the park at night and opening hour the following morning, except as may be permitted at specific park locations.

(3) *Fishing.*

   a.  *Commerce prohibited.* Engage in commercial fishing, or the buying or selling of fish caught in any waters.

   b.  *General prohibition.* Fish in any waters, whether fresh or salt, and whether by the use of hook-and-line, net, trap or other device, except in waters designated by the director for that use and under such regulations and restrictions as have been or may be prescribed by the director.

    c.   *Off-shore.* **Fish** off-shore from any type of boat within three hundred (300) feet of a public beach, pier, or authorized fishing groin or pier. Nor shall any person at any time fish in any area where bathing is permitted.

(4)   *Hunting and firearms.* Hunt, trap or pursue wildlife at any time. No person shall use, carry or possess firearms of any description, or air rifles, spring guns, bow-and-arrows, slings or any other form of weapon potentially inimical to wildlife and dangerous to human safety, or any instrument that can be loaded with and fire blank cartridges, or any kind of trapping device. Shooting into park areas from beyond park boundaries is forbidden.

(5)   *Picnic areas and use.*

    a.   *Regulated.* Picnic or lunch in a place other than those designated for that purpose. Attendants shall have the authority to regulate the activities in such areas when necessary to prevent congestion and to secure the maximum use for the comfort and convenience of all. Visitors shall comply with any directions given to achieve this end.

    b.   *Availability.* Violate the regulation that use of the individual fireplaces together with tables and benches, follows generally the rule of "first come, first served."

    c.   *Nonexclusive.* Use any portion of the picnic areas or of any of the buildings or structures therein for the purpose of holding picnics to the exclusion of other persons, nor shall any person use such area and facilities for an unreasonable time if the facilities are crowded.

    d.   *Duty of picnicker.* Leave a picnic area before the fire is completely extinguished and before all trash in the nature of boxes, papers, cans, bottles, garbage and other refuse is placed in the disposal receptacles where provided. If no such trash receptacles are available, then refuse and trash shall be carried away from the park area by the picnicker to be properly disposed of elsewhere.

(6)   *Camping.* No person shall set up tents, shacks or any other temporary shelter for the purpose of overnight camping, nor shall any person leave in a park after closing hours any movable structure or special vehicle to be used or that could be used for such purpose, such as house-trailer, camp-trailer, camp-wagon, or the like, except by special written permit granted by the director.

(7)   *Games.* Take part in or abet the playing of any games involving thrown or otherwise propelled objects such as balls, stones, arrows, javelins or model airplanes except in areas set apart for such forms of recreation. The playing of rough or comparatively dangerous games such as football, baseball and soccer is prohibited except on the fields and courts or areas provided therefor. Roller-skating shall be confined to those areas specifically designated for such activity.

(8)   *Horseback riding.* Ride a horse except on designated bridle trails. Where permitted, horses shall be thoroughly broken and properly restrained, and ridden with due care, and shall not be allowed to graze or go unattended, nor shall they be hitched to any rock, tree or shrub.

(Ord. No. 82-19, § 5, 10-26-82; Ord. No. 92-59, § 4, 12-14-

**Cross references:** Nudity in county-controlled facilities, § 2-21-5; harvesting of wild game in Duette Park, § 2-24-51 et seq.

**Sec. 11-261.  Fishing.**

Except where specifically designated, **fishing**, or the buying or selling of fish caught in any natural area waters, is prohibited in all natural areas.

(Ord. No. 94-13, § 11, 6-21-94)

EXIBIT  69

Palm Beach Co.

**Sec. 21-26.  Fishing.**

(a)    The buying or selling of **fish** is prohibited within park property.

(b)    Sport **fishing** is allowed within park property except where specifically prohibited.

(c)    The use of a troll line for **fishing** purposes is prohibited within any park property. Set cane poles are permitted if attended.

(d)    All applicable state law pertaining to **fishing** and licensing shall be enforced within park property.

(e)    The director may establish specific **fishing** regulations for various water bodies within park property.

(Ord. No. 96-44, § 11, 10-15-96)

EXIBIT  70

Palm Beach County

"DEFENDENT ADDRESSES "
_____

State of Florida
Att: Govenor Jeb Bush
Executive Office of Govenor
The Capitol
Tallahassee , Fla. 32399-0001

F.F.W.C.C. (Fla. Fish & Wildlife Cons, Comm.)
Att: Ken Haddadd , exec. dir.
620 South Meridian St.
Tallahassee , Fla. 32399-1600

Fla. Attorney General
Att: Bob Butterworth
PL - 01 Capitol
Tallahassee , Fla. 32399 - 1050

City of Sanibel
800 Dunlop Road
Sanibel , Fla. 33957

City of Port Richey
6333  Ridge Road
Port Richey , Fla.  34668

City of Plantation
400 N.W. 73 Ave.
Plantation , Fla. 33313

City of Parkland
6600 University Drive
Parkland , Fla 33067

City of Parker
P.O. Box 10619
Parker , Fla. 32404

City of Panama City
P.O. Box 1880
Panama City , Fla.  32402 - 1880

City of Palmetto
P.O. Box 1209
Palmetto , Fla.  34221

City of Ormond Beach
535 North Nova Road
Ormond Beach , Fla.  32174

City of Lantana
7580 South Federal Highway
Lantana , Fla. 33462

City of Lake Worth
7 North Dixie Highway
Lake Worth , Fla.  33460

(DEFENDENTS ADDRESSES , CONT.)

City of Jacksonville Beach
11 North 3 rd. Street
Jacksonville Beach , Fla.  33250

City of Vero Beach
P.O. Box 1389
Vero Beach , Fla.  32961

City of Venice
401 West Venice Ave.
Venice , Fla.  34285

City of Valparaiso
465 South Valparasio Parkway
Valparasio, Fla.  32580

City of Titusville
P.O. Box 2806
Titusville , Fla.  32781 - 2806

City of Tampa
306 East Jackson Street
Tampa , Fla.  33602

City of Surfside  (Town of)
9293 Harding Ave.
Surfside , Fla.  33154

City of Stuart
120 Southwest Flagler Ave.
Stuart , Fla. 34994

City of Satelite Beach
565 Cassia Blvd.
SaTELITE Beach , Fla.  32937

City of St. Petersburg
P.O. Box 2842
St. Petersburg , Fla.  33731

City of Gulfport
2401 53 rd Street South
Gulfport , Fla.  33707

City of Treasure Island
120 108 th Ave.
Treasure Island , Fla.  33706

City of Tarpon Springs
324 East Pine Street
Tarpon Springs , Fla.  34689

(DEFENDENT ADDRESSES (Cont.) )


City of Safety Harbor
750 Main Street
Safety Harbor , Fla. 34695

City of Maderia Beach
300  Municiple Dr.
Maderia Beach , Fla.  33708

City of Oldsmar
100 State Street West
Oldsmar , Fla.  34677

City of Clearwater
P.O. Box 4748
Clearwater , Fla. 33758

City of Indian Rocks Beach
1507 Bay Palm Blvd.
Indian Rocks Beach , Fla   33785

City of Largo
201 Highland Ave.
Largo , Fla.  33770

City of Cocoa
603 Brevard Ave.
Cocoa , Fla.  32922

City of Bradenton
101 12th St. West
Bradenton , Fla.  34205

City of Bradenton Beach
107 Gulf Drive North
Bradenton Beach , Fla.  34217

City of Bay Harbor Islands
9665 Bay Harbor Terrace
Bay Harbor Islands , Fla.

City oh Key Colony Beach
P.O. Box 510141
Key Colony Beach , Fla.  33051

City of Anna Maria
P.O. Box  608
Anna Maria , Fla.  34216

City of Highland Beach
3614  South Ocean Blvd.
Highland Beach , Fla.  33487

(DEFENDENTS ADDRESSES CONT.)


City of Cocoa Beach
2  South Orlando Ave.
Cocoa Beach , Fla.  32391

City of Golden Beach
1  Golden Beach Drive
Golden Beach , Fla.  33160

City of Flagler Beach
P.O. Box 70
Flagler Beach , Fla.  32136

City of Coral Springs
9551 West Sample Road
Coral Springs , Fla.  33065

City of FT. Meyers
2200  2 nd. Street
Ft, Myers , Fla.  33901

City of Deerfield Beach
150  N.E. 2 nd. Ave.
Deerfield Beach , Fla.  33441

City of Dania Beach
100  West Dania Beach Blvd.
Dania Beach , Fla.  33004

City of Miami
405  Biltmore
Miami , Fla.  33134

County of Pasco
7530 Little Road , Suite 340
New Port Richey, Fla.  34654

County of Hernando
20 North Main Street
Brooksville , Fla.  34601

County of Sarasota
1660 Ringling Blvd. , 2 nd floor
Sarasota , Fla.  34236

County of Pinellas
315 Court ST. , 6 th floor
Clearwater , Fla.  33756

County of Santa Rosa
6495  Caroline Street , Suite C
Milton , Fla.  32570

(DEFENDENTS ADDRESSES CONT.)


County Of Citrus
111 West Main Street , 3 rd floor
Inverness , Fla.  34450

County of Dade
Stephen P. Clark Ct. , Suite 2810
111 N.W. First Street
Miami , Fla.  33128

County of Manatee
P.O. Box 1000
Bradenton , Fla.  34206

County of Palm Beach
301 North Olive Ave.
West Palm Beach , Fla.  33401

## " RELATED SPECIAL CONSIDERATIONS "

1.)   Municipalities illegally use  F.F. 810 (Tresspass) to deny
access to legal productive saltwaters. Plaintiff has the documents
to prove and ask the court to hear argument on this cause as it fits
this cause before the court but is not a municiple law.

2.)   Many municipalities post " No Cast Netting " signs which do
not have an ordinance to back them up or cite. Nevertheless the
municipalities illegally regulate "method of taking" and deny access
to legal productive saltwaters and plaintiff has documents of proof.

3.)   Asking the court to consider the blatant disreguard and frus-
tration heaped upon Plaintiff by F.F.W.C.C. such as;

    **Plaintiff prevailed via Mandamus against F.F.W.C.C. for
Declaratory Statement that F.F.W.C.C had 90 days to act. It took
3 years and Mandamus to compel them to behave.The F.F.W.C.C stands
as the most redundantly notified of repugnant overregulating , so
much, that it is offensive and prays the court to search out the
many documents that testify to the negligence by the F.F.W.C.C. .

4,)   Plaintiff prevailed against the City of St. Petersburg via
Declaratory Judgment and this four years later, the City has still
not complied with the courts order.

5.)   That Plaintiff has been prosecuted five times for and by
illegal municipal ordinances and all documents to prove.

"CLASS ACTION ALLEGATIONS"

i.)  Plaintiffs "occupation" is a statewide industry encompassing all retail , wholesale and all commercial fishers in the state of Florida.  Each and everyone easily identified individually and so numerous that joinder of all members is impractible.

2.)  All the questions of law and facts of this cause before this court are common to the class.

3.)  The claims and defences of the parties are aligned exactly.

4.)  The interest of the class are adequately protected.

5,)  This great harm upon this entire statewide industry has existed for ongoing ten years.  The total cummulative effect upon this statewide industry is not easily exaggerated.
   ** Thousands of illegal and ridicoulous prosecutions , fines , incarcerations and or forfeitures upon very innocent persons who broke no laws whatsoever.
   ** Millions of pounds of products that were and are illegally denied access to the industry as a whole.

6.)  The total harm to the entire industry, the related jobs , the wholesale and retail economy , is tremendous. The citrus industry is a crybaby , we have and do suffer the probable equivalent of two freezes per year for over ten years and with no relief whatsoever.


Plaintiff moves the court for class action status.